UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 17-8083-FMO (PLAx)**     Date: **October 1, 2018**

Title: **Gerald Iacono v. International Business Machines Corp., et al.**

---

PRESENT: THE HONORABLE    **PAUL L. ABRAMS**
                         UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
            NONE                                          NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

On September 17, 2018, the Court granted in part and denied in part plaintiff's Motion to Compel defendant to provide further responses and production of documents to certain of plaintiff's Interrogatories and Requests for Production of Documents. (ECF No. 77). On September 28, 2018, defendant filed a "Request for One-Week Extension of Time to Comply with Court's September 17, 2018 Order . . . and Request to Modify Relevant Time Period and Business Unit for 'Article Requests'" ("Request"). As of the date and time that this Order has been issued, plaintiff had not filed a response to the Request. The Court determines, however, that no response is necessary.

In light of the fact that the District Judge has extended the fact discovery cut-off to November 21, 2018, defendant's Request for an extension of time to comply with the Court's September 17, 2018, Order, is **granted**. **No later than October 8, 2018,** defendant shall provide its further responses and/or documents in compliance with the September 17, 2018, Order.

To the extent defendant is requesting that the Court modify its September 17, 2018, Order with respect to the "relevant time period and business unit" for the Article Requests, defendant's Request is **denied**.

cc:    Counsel of Record

Initials of Deputy Clerk    ch