James M. Jones, Esq. (admitted *pro hac vice*)
jmjones@jonesday.com
Matthew W. Lampe, Esq. (admitted *pro hac vice*)
mwlampe@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone : (212) 326-7838
Facsimile :  (212) 755-7306

Alison B. Marshall, Esq. (admitted *pro hac vice*)
abmarshall@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone : (202) 879-7611
Facsimile :  (202) 626-1700

Attorneys for Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERALD IACONO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | **CASE NO. 2:17-cv-08083-FMO-PLA**<br><br>**DECLARATION OF ALISON B. MARSHALL IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S OPPOSITION TO PLAINTIFF GERALD IACONO'S EX PARTE APPLICATION TO CONTINUE DISCOVERY DEADLINES BASED ON IBM'S RECENT PRODUCTION OF CRITICAL DOCUMENTS**<br><br>CASE FILED:          09/20/2017<br>DISCOVERY CUT OFF: 11/21/2018<br>TRIAL DATE:          06/11/2019 |

DECLARATION OF ALISON B. MARSHALL IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S OPPOSITION TO PLAINTIFF GERALD IACONO'S EX PARTE APPLICATION TO CONTINUE DISCOVERY DEADLINES BASED ON IBM'S RECENT PRODUCTION OF CRITICAL DOCUMENTS

S. Sean Shahabi (SBN 204710)
Sean.shahabi@jacksonlewis.com
Nicole M. Shaffer (SBN 244366)
Nicole.shaffer@jacksonlewis.com
Momo E. Takahashi (SBN 238965)
Momo.takahashi@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendant INTERNATIONAL BUSINESS
MACHINES CORPORATION

2

DECLARATION OF ALISON B. MARSHALL IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S OPPOSITION TO PLAINTIFF GERALD IACONO'S EX PARTE APPLICATION TO CONTINUE DISCOVERY DEADLINES BASED ON IBM'S RECENT PRODUCTION OF CRITICAL DOCUMENTS

I, Alison B. Marshall, being duly sworn, declare and state as follows:

1.     I am one of attorneys representing Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION ("IBM" or "Defendant") in this matter.  The following is based on my personal knowledge.  This Declaration is made in support of Defendant International Business Machines Corporation's Opposition to Plaintiff Gerald Iacono's Ex Parte Application to Continue Discovery Deadlines Based on IBM's Recent Productions of Critical Documents.

2.     On November 9, 2018, I defended the deposition of 30(b)(6) deposition designee Carolyn Austin.  Prior to the deposition, counsel for Plaintiff, Lauren Dean, raised the issue of deposing Stephen Leonard.  In response, I noted that I understood that they had already taken the 10 depositions provided for under the Federal Rules and that they would need to seek leave of Court to take any additional depositions.  I also noted that, in any event, Mr. Leonard was not an appropriate deponent because he is a senior executive who had no input in the decision to select Plaintiff for layoff.

3.     In response, counsel noted that she did not think they had taken 10 depositions.

4.     During the lunch break, I confirmed the depositions that had been taken and reported back to counsel, listing for her each of the depositions taken.

5.     Counsel indicated that she would then have to file a motion with the Court.

6.     Plaintiff has not noticed the deposition of Mr. Leonard.

7.     Attached as Exhibit A is a true and correct copy of pages of the transcript for the deposition of Todd Orchard.

8.     Attached as Exhibit B is a true and correct copy of pages of the transcript for the deposition of Matthew T. Marriott.

---

DECLARATION OF ALISON B. MARSHALL IN SUPPORT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S OPPOSITION TO PLAINTIFF GERALD IACONO'S EX PARTE APPLICATION TO CONTINUE DISCOVERY DEADLINES BASED ON IBM'S RECENT PRODUCTION OF CRITICAL DOCUMENTS

9.     Attached as Exhibit C is a true and correct copy of pages of the transcript for the deposition of Peter Legan.

10.     Attached as Exhibit D is a true and correct copy of pages of the transcript for the deposition of Judson Ficklen.

I swear under penalty of perjury and the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Sworn to this 21st day of November 2018, at Washington, District of Columbia.

_/s/ Alison B. Marshall_
Alison B. Marshall

# EXHIBIT A

1               UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4   GERALD IACONO, an          )
    individual,                )
5                              )
                  Plaintiff,   )
6                              )  Case No. 2:17-cv-08083-
          v.                   )         FMO-PLA
7                              )
    INTERNATIONAL BUSINESS     )
8   MACHINES CORPORATION, a    )
    New York corporation; and  )
9   DOES 1-50, inclusive,      )
                               )
10                Defendants.  )
                               )

11

12

13

14      VIDEOTAPED DEPOSITION OF TODD ANGUS WELLS ORCHARD

15                         VOLUME I

16                   Monday, April 23, 2018

17                 Woodland Hills, California

18

19

20

21

22

23

24   Reported by:    Alla Ponto
                     CSR No. 11046
25   Job No.:        202235

                                                              1

```
 1        A.   It's an estimate, but first quarter 2014.    10:55:37

 2        Q.   Then you continue to report to him until      10:55:46

 3   when?                                                   10:55:52

 4        A.   Until the end of June or July 21st, 2016.     10:55:53

 5        Q.   So you are still the enterprise sales unit    10:55:58

 6   manager today?                                          10:56:09

 7        A.   Yeah.  We're very dynamic, and we morph,      10:56:12

 8   but at its roots, yes.                                  10:56:17

 9        Q.   After you reported to Matt Marriott, who      10:56:22

10   did you report to?                                      10:56:26

11        A.   Jim Gregory.                                  10:56:27

12        Q.   Do you still report to Jim Gregory?           10:56:29

13        A.   I do.                                         10:56:32

14        Q.   That reporting relationship from the end of   10:56:33

15   June of 2016 has not changed?                           10:56:35

16        A.   Correct.                                      10:56:38

17        Q.   Then are you -- you are also the director     10:56:39

18   of IBM Enterprise sales?                                10:56:42

19        A.   Yes.  In May of 2015, I entered the           10:56:47

20   executive band within IBM.  So the same role, same     10:56:52

21   team, same day-to-day, but an executive promotion.     10:56:59

22        Q.   When you say "executive band," is there a     10:57:05

23   particular number attached to that?                     10:57:07

24        A.   There's not.  There's a letter.              10:57:09

25        Q.   What's letter?                                10:57:11
```

19

Todd Angus Wells Orchard                                          April 23, 2018

```
1        A.    "D," for director.                      10:57:12

2        Q.    What band are you?                       10:57:15

3        A.    "D."                                      10:57:19

4        Q.    So executives are not -- do not have    10:57:20

5   numbered bands?                                     10:57:25

6        A.    They do not.                             10:57:26

7        Q.    What band were you before becoming a    10:57:27

8   director?                                           10:57:30

9        A.    The highest number band before moving into  10:57:31

10  the executive is 10.                                10:57:34

11       Q.    So upon becoming a director, you still  10:57:36

12  reported to Jim Gregory; correct?                   10:57:42

13       A.    No.  I reported to Matt Marriott.        10:57:45

14       Q.    I apologize.  The same reporting structure,  10:57:47

15  even though you are a director?                     10:57:50

16       A.    Correct.                                 10:57:51

17       Q.    Matt Marriott and then Jim Gregory?      10:57:52

18       A.    Yeah.  Chronologically, yes.             10:57:56

19       Q.    And then being the director of the west  10:57:58

20  region communications market -- what is that?      10:58:03

21       A.    That's what I currently am.  So we moved  10:58:06

22  from a geographic model to an industry-based model  10:58:10

23  in July of 2016.  And that does two things:  One, it  10:58:16

24  expands the geography; so I have all the western    10:58:24

25  region, where as before it was Los Angeles and      10:58:28
```

20

| | | |
|---|---|---|
| 1 | Orange County.  And it changes the accounts set or | 10:58:31 |
| 2 | client set or customers' industry that myself and my | 10:58:37 |
| 3 | team focus on.  And communications industry is made | 10:58:43 |
| 4 | up of four subindustries. | 10:58:49 |
| 5 | Q.   Okay.  So when you talk about the -- we'll | 10:58:54 |
| 6 | get into that a little bit later. | 10:59:02 |
| 7 | So as the IBM Enterprise sales director, | 10:59:05 |
| 8 | what were your job duties? | 10:59:19 |
| 9 | A.   I managed a team of client executives. | 10:59:21 |
| 10 | Q.   That was a promotion? | 10:59:31 |
| 11 | A.   Can you repeat -- for which one? | 10:59:34 |
| 12 | Q.   When you became the director of IBM | 10:59:37 |
| 13 | Enterprise sales, that was a promotion; correct? | 10:59:41 |
| 14 | A.   That was a self-promotion from my Band 10 | 10:59:41 |
| 15 | to Band D. | 10:59:44 |
| 16 | Q.   What do you mean "self-promotion"? | 10:59:44 |
| 17 | A.   It wasn't a managerial promotion.  For | 10:59:46 |
| 18 | example, from -- in 2013, I became a manager, a | 10:59:51 |
| 19 | people manager, and, thus, that changed the role. | 10:59:56 |
| 20 | The director title is a non-job-changing promotion, | 11:00:02 |
| 21 | which is the better way to say it.  It just involved | 11:00:09 |
| 22 | myself.  It did not have any team implications or | 11:00:14 |
| 23 | management implications. | 11:00:17 |
| 24 | Q.   So who appointed -- did your job duties | 11:00:18 |
| 25 | change at all then? | 11:00:24 |

21

| | | |
|---|---|---|
| 1 | Q.   Brian with an "I"? | 11:01:35 |
| 2 | A.   B-r-i-a-n, C-a-s-e-y. | 11:01:37 |
| 3 | Q.   Who else? | 11:01:42 |
| 4 | A.   Brian with an "I," B-r-i-a-n, Kim, K-i-m. | 11:01:43 |
| 5 | Q.   At the time that Mr. Iacono reported to you | 11:01:50 |
| 6 | and Brian Casey and Brian Kim also did, who else | 11:01:55 |
| 7 | reported to you? | 11:01:58 |
| 8 | A.   At what time? | 11:01:59 |
| 9 | Q.   In January of 2015? | 11:02:01 |
| 10 | A.   I can give you some names.  Is that what | 11:02:03 |
| 11 | you are looking for? | 11:02:12 |
| 12 | Q.   How many reports did you have?  Do you | 11:02:13 |
| 13 | remember? | 11:02:16 |
| 14 | A.   I don't at that point, but I had | 11:02:16 |
| 15 | approximately eight to ten. | 11:02:18 |
| 16 | Q.   Do you remember what accounts Mr. Iacono | 11:02:21 |
| 17 | had in January of 2015? | 11:02:25 |
| 18 | A.   Not completely, but, generally, I can give | 11:02:28 |
| 19 | you some names. | 11:02:32 |
| 20 | Q.   In general. | 11:02:32 |
| 21 | A.   Yes.  So, Auto Club, Pacific Life, Mercury | 11:02:33 |
| 22 | Insurance.  He probably had two more, like, Schools | 11:02:40 |
| 23 | First, Federal Credit Union. | 11:02:50 |
| 24 | Q.   So with the accounts that Mr. Iacono had in | 11:02:52 |
| 25 | January of 2015, were those accounts that he was | 11:02:55 |

23

| | | |
|---|---|---|
| 1 | A.   I did, yes. | 12:30:11 |
| 2 | Q.   And in the overall assessment, those are | 12:30:14 |
| 3 | your words; correct? | 12:30:16 |
| 4 | A.   Correct. | 12:30:17 |
| 5 | Q.   And you talked about Mr. Iacono stepping | 12:30:18 |
| 6 | into new financial services territory.  You are | 12:30:22 |
| 7 | referring to their reassignment to the Union Bank | 12:30:26 |
| 8 | and Farmers account; correct? | 12:30:29 |
| 9 | A.   Yes. | |
| 10 | Q.   And you are referring to the new territory | 12:30:32 |
| 11 | as being the Los Angeles territory? | 12:30:34 |
| 12 | A.   Correct. | 12:30:36 |
| 13 | Q.   And you said, "He quickly established an | 12:30:37 |
| 14 | industry POV." | 12:30:39 |
| 15 | What does that mean? | 12:30:41 |
| 16 | A.   Point of view, POV, and industry is | 12:30:42 |
| 17 | financial services sector for IBM. | 12:30:46 |
| 18 | Q.   So what do you mean when you -- when you | 12:30:50 |
| 19 | say, "He quickly established an industry points of | 12:30:53 |
| 20 | view and framework to reestablish IBM as a leading | 12:30:55 |
| 21 | provider to his clients"? | 12:30:59 |
| 22 | A.   Yeah.  Gerald is knowledgeable about the | 12:31:01 |
| 23 | financial sector.  He has worked in that particular | 12:31:06 |
| 24 | industry for some time -- not exclusively at IBM, | 12:31:09 |
| 25 | but for some time -- and he and Cathy have a very | 12:31:14 |

85

Todd Angus Wells Orchard                                                April 23, 2018

```
 1   actions:  One was performance based and one was      14:07:11

 2   something related to accounts?                       14:07:15

 3       A.   Yeah, for my unit.  Remember, there's       14:07:17

 4   multiple managers.  For me and my team, the impact   14:07:20

 5   was two, and it was oriented around the composition  14:07:25

 6   of the territory and accounts for Gerald, and it was 14:07:33

 7   up to me to decide for performance the selection.    14:07:39

 8       Q.   So it sounds as if Mr. Marriott came to you 14:07:47

 9   and proposed to eliminate Mr. Iacono, and you        14:07:53

10   agreed?                                              14:07:56

11       A.   We eliminated the territory and role.  Yes. 14:07:58

12   And I agreed.                                        14:08:02

13       Q.   What territory was eliminated?              14:08:02

14       A.   Union Bank and Zurich/Farmers.  They would  14:08:05

15   be moved out of our local coverage and territory.    14:08:12

16       Q.   Anyone else involved in that decision that  14:08:17

17   you know of?                                          14:08:20

18       A.   Not that I know of.                         14:08:21

19       Q.   Did Mr. Marriott tell you that he had       14:08:22

20   permission to do this?                               14:08:24

21       A.   No.                                         14:08:27

22       Q.   You are saying it was going to be moved out 14:08:29

23   of local?                                            14:08:33

24       A.   He would need to, but, no.                  14:08:33

25       Q.   He wouldn't have to coordinate or seek      14:08:35
```

120

EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4

 5   GERALD IACONO, an individual, )
                                   )
 6                    Plaintiff,   )
                                   )
 7        vs.                      ) Case No.
                                   ) 2:17-cv-08083-FMO-PLA
 8   INTERNATIONAL BUSINESS        )
     MACHINES CORPORATION, a New   )
 9   York corporation; and         )
     DOES 1-50, inclusive,         )
10                                 )
                      Defendants.  )
11   _____)

12

13

14

15        VIDEOTAPED DEPOSITION OF MATTHEW THOMAS MARRIOTT

16                      Irvine, California

17                   Tuesday, May 8, 2018

18

19

20

21

22

23

24   Reported by:  Rosemary Caravetta
                    CSR No. 4836, CLR
25   Job No:        203023
```

```
 1        A.   No.

 2        Q.   What's the next role that you held?

 3        A.   Vice president for -- it was the West, for

 4   all customer segments.

 5        Q.   Do you remember the dates?                09:35

 6        A.   I don't.

 7        Q.   Is that also a second line management role?

 8        A.   That was a second line management role, yes.

 9        Q.   And then do you remember your next role that

10   you held?                                           09:35

11        A.   Vice president for enterprise for Southwest

12   and Rockies business unit.

13        Q.   And when did you receive that role?

14        A.   2014.

15        Q.   And that's a second line management role?   09:35

16        A.   It is, yes.

17        Q.   And that is the position that you held at

18   the time that Mr. Iacono reported to you; correct?

19        A.   Correct.

20        Q.   And do you remember when in 2014 you        09:35

21   received that role?

22        A.   I would say first quarter.  And I -- I --

23   maybe I'll back that up.  That's spec- -- you told me

24   to be specific.  So I don't remember exactly when,

25   but it was towards the early -- early part of the    09:36
```

19

```
 1          Did you have standing phone calls with

 2   individuals with regard to planning this resource

 3   action?

 4       A.   Not standing phone calls, but many ad hoc

 5   phone calls.                                        01:35

 6       Q.   Were any of them calendared?

 7       A.   I suspect, yes.

 8       Q.   I would imagine getting executives on the

 9   phone with -- and everyone on the phone at the same

10   time would be a difficult feat.                     01:36

11       A.   (Nods head affirmatively.)

12       Q.   So what types of documentation would you

13   have to show the number of phone calls you had with

14   individuals in -- about the resource action in that

15   time frame in April of 2016?                        01:36

16       A.   It would likely be calendar invites.

17           And I guess I'd just amend one other thing.

18   They're typically not big group calls.  Typically,

19   my -- me having a conversation one-on-one with Eric

20   Bernd, and then me having a conversation one-on-one   01:36

21   with Frannie Matthews, then me having a conversation

22   one-on-one with Todd Orchard, and then me having a

23   conversation and Paul Giani to say, "Here's what I

24   found" and then regrouping and doing it all over

25   again, and then on occasion during that time, Paul    01:36
```

152

```
 1    and I jointly having a conversation with Pete Legan
 2    to say, "Here's how we're trying to solve for this."
 3         Q.   So what was the initial head count you were
 4    given?
 5         A.   I don't recall the exact number.  It was six   01:36
 6    or seven.  Or maybe the first number was nine, and
 7    then it came back to six or seven.
 8         Q.   And what time frame did it go from nine to
 9    six or seven?
10         A.   I don't remember.                              01:37
11         Q.   Any documentation regarding the head count
12    you were required to -- to cut?
13         A.   There's some emails that I reviewed
14    yesterday that were to Paul Giani saying, "Is this
15    the number?"  But there was never an email to my       01:37
16    knowledge from someone like Pete or Judd or Paul
17    saying, "Matt, here's your number."  That all came
18    via the phone.
19              MS. DEAN:  All right.  We need to go off the
20    record for a tape change.                              01:37
21              VIDEO OPERATOR:  This marks the end of media
22    No. 2.  We're going off the record.  The time is 1:37
23    p.m.
24              (Recess taken from 1:37 p.m. to 1:42 p.m.)
25              VIDEO OPERATOR:  We're back on the record at  01:42
```

153

Matthew T. Marriott                                                                    May 8, 2018

```
 1        Q.   Do you know how many?

 2        A.   No.

 3        Q.   But you didn't in this one; correct?

 4        A.   That's right.

 5        Q.   And if the -- Mr. Iacono's accounts weren't    03:30

 6   removed, he wouldn't have been eliminated; correct?

 7        A.   That's correct.

 8        Q.   Did you ask anyone for the work elimination

 9   form?

10        A.   No.                                            03:30

11        Q.   Why did you go through the process of

12   ranking Mr. Iacono?

13        A.   So we could fill in a complete sheet.

14        Q.   So the rankings weren't accurate?  It didn't

15   matter if the rankings were accurate or not; correct?   03:30

16        A.   I viewed us doing Gerald as a work

17   elimination, so I didn't take time to compare -- nor

18   do I believe any of the other people involved took

19   time to compare Gerald's skills and PBCs to others,

20   because it was a work elimination that we were          03:31

21   focused on.

22   ████  ██████████████████████████████  ██

23   ████████████████████████████████████████

24   ██████████████████████████████████████

25   ████████████████████████████████████  ██████
```

222

EXHIBIT C

1           UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
2
    GERALD IACONO, an          )
3   Individual,                )
                               )
4               Plaintiff,     )
                               )
5          -vs-                ) No. 2:17-cv-8083
                               )
6   INTERNATIONAL BUSINESS     )
    MACHINES CORPORATION, a    )
7   New York Corporation; and  )
    DOES 1-50, Inclusive,      )
8                              )
                Defendants.    )
9

10   -CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER-

11           The discovery deposition of PETER

12   LEGAN, taken before MAUREEN A. WOODMAN, a

13   Certified Shorthand Reporter and Notary Public

14   in and for the County of Cook and State of

15   Illinois, at 150 North Michigan Avenue, Chicago,

16   Illinois, on May 30th, 2018, at the hour of

17   10:14 o'clock a.m.

18

19

20

21

22

23

24

25

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

10:42:17   1   first-line managers reporting to you or just

10:42:19   2   the first line?

10:42:20   3       A.   During that time?

10:42:21   4       Q.   Let's focus on the communications

10:42:23   5   sector time frame.

10:42:26   6       A.   During that time, it would have been

10:42:35   7   first line -- first-line managers and then

10:42:42   8   underneath them would be the client execs.

10:42:50   9       Q.   And whom did you report to, what

10:42:52   10  position?

10:42:53   11      A.   At that time -- I can't say for sure

10:43:03   12  back at that time, because we had so many -- we

10:43:06   13  had organizations that changed.  I've had a lot

10:43:10   14  of different managers in IBM.  So I can't -- I

10:43:16   15  can't speculate.  It could have been one of

10:43:18   16  several different positions I could have

10:43:20   17  reported to back then.

10:43:23   18      Q.   What about in 2013 through 2016 when

10:43:28   19  you were the vice president of sales for the

10:43:30   20  midwest and West region, do you remember what

10:43:34   21  position you reported up to during that time

10:43:36   22  frame?

10:43:37   23      A.   Again, that changed, because for part

10:43:41   24  of the time, I ran the midwest, and then for

10:43:47   25  some part of the time I ran the West, so I

26

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

| | | |
|---|---|---|
| 10:43:51 | 1 | reported up into two different managers at that |
| 10:44:00 | 2 | time.  And depending on the year and depending |
| 10:44:01 | 3 | on my responsibility, it may have just been one |
| 10:44:04 | 4 | manager, could have been the Central region |
| 10:44:07 | 5 | general manager.  And at other times it could |
| 10:44:11 | 6 | have been the West region general manager as |
| 10:44:15 | 7 | well. |
| 10:44:15 | 8 | Again, there were many different |
| 10:44:16 | 9 | reporting structures during this time period. |
| 10:44:22 | 10 | Q.   It essentially sounds like you were |
| 10:44:24 | 11 | reporting up to some general manager? |
| 10:44:25 | 12 | A.   That's correct. |
| 10:44:27 | 13 | Q.   And whom did the general manager |
| 10:44:28 | 14 | report up to? |
| 10:44:29 | 15 | A.   The general manager would have |
| 10:44:33 | 16 | reported up to the -- the region would have |
| 10:44:38 | 17 | reported up, at the time, to the general |
| 10:44:40 | 18 | manager of North America sales organization. |
| 10:44:51 | 19 | Q.   Did you ever see the -- around this |
| 10:44:53 | 20 | time frame in like 2012 and when you were vice |
| 10:44:57 | 21 | president of sales for the midwest or the West |
| 10:44:59 | 22 | region or combined, did you ever see a |
| 10:45:01 | 23 | publication called The Maturing Workforce, an |
| 10:45:05 | 24 | IBM publication? |
| 10:45:06 | 25 | A.   I don't remember seeing that, no. |

27

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

11:02:44  1        Q.   Do you remember reviewing a
11:02:47  2   publication Myths, Exaggerations and
11:02:50  3   Uncomfortable Truths in 2015?
11:02:57  4        A.   I don't remember that either.
11:02:58  5        Q.   Do you remember reviewing a
11:03:02  6   publication, IBM Rock Star Employees?
11:03:06  7        A.   I don't, no.
11:03:10  8        Q.   Do you remember in 2015 participating
11:03:13  9   in any presentations at IBM where there was a
11:03:18 10   focus on hiring millennials?
11:03:21 11        A.   I don't remember a specific meeting or
11:03:29 12   discussion about that, no.
11:03:29 13        Q.   Do you remember in general?
11:03:33 14        A.   Not in -- not in general, no.
11:03:50 15        Q.   Were you involved with setting policy
11:03:54 16   with regard to hiring at IBM?
11:03:57 17        A.   No, I was not involved with that.
11:04:06 18        Q.   Now, at some point in 2016, you became
11:04:11 19   Mr. Iacono's third-line manager, correct?
11:04:16 20        A.   I became his third-line manager, yes.
11:04:21 21        Q.   So Mr. Iacono at the time reported to
11:04:25 22   Matt Marriott?  I'm sorry, Todd Orchard?
11:04:29 23        A.   Todd Orchard, yes.
11:04:31 24        Q.   Who, in turn, reported to Matt
11:04:33 25   Marriott?

                                                        40

| | |
|---|---|
| 11:04:33 | 1 |

         A.    Correct.

11:04:34   2         Q.    Who, in turn, reported to you?

11:04:36   3         A.    That's correct.

11:04:37   4         Q.    And when -- do you remember why you

11:04:40   5    were told to -- you were having a position

11:04:43   6    change?

11:04:44   7         A.    I do.  So, you know, I had covered

11:04:51   8    the -- let me go back.  So I had covered the

11:04:54   9    midwest and the West regions in a bunch of

11:04:58   10   different ways in a bunch of different jobs

11:05:01   11   historically at IBM.  And so I was comfortable

11:05:04   12   with the West region.

11:05:09   13              Pat McConnell, who was running

11:05:11   14   the West at that time, took a different job to

11:05:17   15   be kind of the North American lead for

11:05:20   16   enterprise and commercial.  And instead of

11:05:23   17   replacing Pat with a new hire, and because

11:05:28   18   there were probably some other organizational

11:05:30   19   changes that were coming, they said, Hey,

11:05:35   20   you've done the West before.  Can you backfill

11:05:37   21   Pat?  And so, um, I did.  I kind of in late

11:05:44   22   January of 2016 also added the responsibility

11:05:50   23   to my Central region job, I picked up the West.

11:05:55   24   That's when I picked up Matt and Paul and their

11:05:57   25   teams.

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

11:05:59   1        Q.    So in January of 2016, you continued

11:06:03   2    to be responsible for the Central region?

11:06:06   3        A.    Yes, I was -- I was -- I continued to

11:06:15   4    be responsible.  I picked up responsibility for

11:06:18   5    the West at the tail end of January of 2016,

11:06:23   6    but still carried the Central region

11:06:26   7    responsibility.

11:06:32   8        Q.    You said that there were other

11:06:33   9    organizational changes coming.  What were you

11:06:38  10    referring to?

11:06:38  11        A.    Well, I think there was at that time a

11:06:42  12    discussion about how we were going to organize

11:06:45  13    ourselves as a market, and I wasn't privy to

11:06:51  14    what some of those conversations were,

11:06:57  15    although, you know, I just -- I didn't know how

11:07:00  16    long covering the West was going to be.  But

11:07:03  17    because I had done it before, and I don't mind

11:07:04  18    the travel, it was -- it was fine while we

11:07:08  19    worked through these.  We went through a lot of

11:07:10  20    different organizational changes over the time

11:07:14  21    at IBM during -- you know, a lot over the last

11:07:17  22    five years.

11:07:19  23        Q.    At that time, were there any other

11:07:21  24    changes at your level?

11:07:23  25        MS. TAKAHASHI:   Objection.  Vague and

                                                          42

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

| 12:08:10 | 1 | hires who just joined IBM. |

12:08:10   1    hires who just joined IBM.

12:08:20   2        Q.   How were you advised of the scope of

12:08:22   3    the resource action titled Solitaire?

12:08:25   4        A.   You mean like how we were

12:08:31   5    communicated it?

12:08:34   6        Q.   Yes.

12:08:34   7        A.   From what I remember, it was a phone

12:08:38   8    conversation with Judd.

12:08:48   9        Q.   By Judd, you're referring to Ficklen?

12:08:53  10        A.   Ficklen.

12:08:53  11        Q.   At the time his title was general

12:08:55  12    manager of the North American --

12:08:58  13        A.   Yeah, general manager North America

12:09:07  14    Enterprise and Commercial.

12:09:15  15        Q.   With regard to the business units you

12:09:17  16    testified you oversaw, that was relating to

12:09:19  17    enterprise, not commercial?

12:09:21  18        A.   We had both, enterprise and commercial

12:09:27  19    responsibility at that time.

12:09:34  20        Q.   Do you remember the phone conversation

12:09:35  21    with Mr. Ficklen that you testified to where

12:09:38  22    you were advised of the scope of the resource

12:09:40  23    action?

12:09:40  24        A.   Not the specific wording of it, other

12:09:43  25    than just a general -- that the program is

77

| | | |
|---|---|---|
| 02:31:22 | 1 | H-A-U-S. |
| 02:31:22 | 2 | A.   The name sounds familiar, but I |
| 02:31:29 | 3 | can't -- I can't place what she did or how she |
| 02:31:31 | 4 | was part of this. |
| 02:31:36 | 5 | Q.   Did you have anyone in the project |
| 02:31:38 | 6 | office in particular that you interfaced with |
| 02:31:42 | 7 | during Solitaire? |
| 02:31:50 | 8 | MS. TAKAHASHI:   Objection.  Assumes facts |
| 02:31:52 | 9 | not in evidence.  Go ahead. |
| 02:31:55 | 10 | THE WITNESS:  I don't remember who was in |
| 02:31:58 | 11 | the project office, so I can't remember |
| 02:32:04 | 12 | specific names of people that I would have |
| 02:32:06 | 13 | interacted with. |
| 02:32:07 | 14 | My interaction, from what I |
| 02:32:08 | 15 | remember, was through our HR partner. |
| 02:32:08 | 16 | BY MS. DEAN: |
| 02:32:54 | 17 | Q.   After you met with Mr. Ficklen to |
| 02:33:00 | 18 | discuss the structure, did you then provide |
| 02:33:05 | 19 | information to Mr. Marriott and Mr. Giani |
| 02:33:13 | 20 | regarding the resource action? |
| 02:33:15 | 21 | A.   I can't remember if I relayed that to |
| 02:33:28 | 22 | them or Judd relayed that to them.  I mean I |
| 02:33:43 | 23 | knew that Paul and Matt were much closer to the |
| 02:33:49 | 24 | individuals in the West, and I had asked Judd |
| 02:33:55 | 25 | to put Paul in charge of making those |

123

PETER LEGAN - CONFIDENTIAL                    May 30, 2018

02:33:57  1    decisions, since I was the Central region

02:34:00  2    Midwest guy and had intimate knowledge of my

02:34:04  3    team, but I didn't really have intimate

02:34:08  4    knowledge of his.  So I can't remember if I had

02:34:10  5    told Matt and Paul about it or if Judd did.

02:34:16  6         Q.   But you testified that you asked Mr.

02:34:19  7    Ficklen to put Mr. Giani in charge of the

02:34:21  8    decisions?

02:34:22  9         A.   I did the day after this.

02:34:24  10        Q.   For all of the West?

02:34:25  11        A.   For all of the West, yes.

02:34:35  12        Q.   After Mr. Ficklen notified you of the

02:34:38  13   additional number of individuals that had to be

02:34:41  14   laid off, did you participate in the decision

02:34:45  15   regarding what criteria would be used to

02:34:47  16   determine who would be laid off?

02:34:49  17        A.   Participate with Matt and Paul,

02:34:57  18   participate in the West or with Judd or

02:35:00  19   just --

02:35:00  20        Q.   Across the board.

02:35:02  21        A.   Again, we were given pretty specific

02:35:09  22   guidelines about work elimination, staff

02:35:13  23   reduction.  Forget what the categories were.

02:35:22  24   But everyone was consistent whether you were

02:35:25  25   West, Central.  We all followed those same

124

EXHIBIT D

JUDSON FICKLEN                                    June 12, 2018

1                    UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3    GERALD IACONO, an                )
     individual,                      )
4                                     )
                  Plaintiff,          )   CASE NUMBER:
5                                     )
        vs.                           )   2:17-cv-08083-FMO-PLA
6                                     )
     INTERNATIONAL BUSINESS           )
7    MACHINES CORPORATION, a          )
     New York corporation; and        )
8    DOES 1-50, inclusive,            )
                                      )
9                  Defendants.        )
     _____)

10

11        Videotaped deposition of JUDSON FICKLEN,

12   taken on behalf of the Plaintiff, pursuant to

13   the stipulations contained herein, reading and

14   signing of the deposition being reserved, in

15   accordance with the Federal Rules of Civil

16   Procedure, before Cynthia Gatewood, Certified

17   Court Reporter, at 5855 Sandy Springs Circle,

18   Suite 140, Atlanta, Georgia, on the 12th day

19   of June, 2018, commencing at the hour of 9:07 a.m.

20

21                CENTEXT LEGAL SERVICES
                    550 West C Street
22                      Suite 550
                  San Diego, CA 92101
23                   (855) 236-8398
                  www.centextlegal.com

24

25

JUDSON FICKLEN                                    June 12, 2018

| | | |
|---|---|---|
| 09:15:43 | 1 | Q.    How long have you been with IBM? |
| 09:15:46 | 2 | A.    22 years. |
| 09:15:47 | 3 | Q.    You're still there? |
| 09:15:48 | 4 | A.    Uh-huh (affirmative).  Yes. |
| 09:15:49 | 5 | Q.    What are -- what's your current position? |
| 09:15:55 | 6 | A.    The managing director for Tech Data. |
| 09:16:02 | 7 | Q.    Can you explain what that means a little |
| 09:16:07 | 8 | bit? |
| 09:16:07 | 9 | A.    Tech Data is a distributor for IBM, and I |
| 09:16:12 | 10 | manage our global relationship with them. |
| 09:16:14 | 11 | Q.    Tech Data is a third party? |
| 09:16:19 | 12 | A.    Correct. |
| 09:16:20 | 13 | Q.    Do they -- does Tech Data sell IBM products? |
| 09:16:23 | 14 | A.    They do.  They're a distributor. |
| 09:16:26 | 15 | Q.    Okay.  How long have you been the managing |
| 09:16:30 | 16 | director for Tech Data? |
| 09:16:32 | 17 | A.    45 days. |
| 09:16:34 | 18 | Q.    All right.  What position did you hold |
| 09:16:39 | 19 | before that? |
| 09:16:40 | 20 | A.    The general manager for the North America |
| 09:16:46 | 21 | Enterprise and Commercial Group. |
| 09:16:48 | 22 | Q.    Can you give me the dates of when you were |
| 09:16:55 | 23 | the general manager of North America Enterprise and |
| 09:16:58 | 24 | Commercial Group? |
| 09:16:59 | 25 | A.    The effective date was March of 2016 until I |

15

JUDSON FICKLEN                                    June 12, 2018

09:17:04  1   took on this role.  So until April of this year, end of

09:17:10  2   April.

09:17:10  3       Q.    Okay.  And as the general manager of North

09:17:21  4   America Enterprise and Commercial Group, what did you

09:17:21  5   do?

09:17:21  6       A.    Had responsibility for our sales team in

09:17:25  7   North America that called on that client segment,

09:17:30  8   enterprise and commercial.

09:17:34  9       Q.    And when you refer to enterprise, what does

09:17:39 10   that mean?

09:17:40 11       A.    It's our client segmentation.  So we have

09:17:44 12   different nomenclature for size of clients or

09:17:47 13   classification of clients.

09:17:49 14       Q.    Okay.  So an enterprise, would that normally

09:17:52 15   be a business?

09:17:53 16       A.    It is.

09:17:54 17       Q.    Okay.  And it would be a certain size

09:17:57 18   business.  Are there -- is that a yes?

09:18:02 19       A.    Yeah.  It's not a black-and-white answer

09:18:04 20   because some clients -- it's not necessarily driven by

09:18:07 21   size of the client.  It normally is, but there are

09:18:10 22   other -- could be a strategic client that is small

09:18:16 23   today for IBM, but we might think it has strategic

09:18:21 24   value and investing resources on it.

09:18:23 25       Q.    Okay.  And then when you talk about

16