UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8083 FMO (PLAx) | Date | December 6, 2018 |
|---|---|---|---|
| Title | Gerald Iacono v. International Business Machines Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Ex Parte Application

Having reviewed and considered the briefing filed with respect to plaintiff's Ex Parte Application to Continue Discovery Deadlines Based on Recent Production of Critical Documents (Dkt. 92, "Application"), IT IS ORDERED THAT:

1. The Application **(Document No. 92)** is **granted** as set forth in this Order.

2. The discovery cut-off is continued to **January 22, 2019**.

3. The expert discovery cut-off is extended to **April 5, 2019.** The parties must serve their Initial Expert Witness Disclosures no later than **February 5, 2019**. Rebuttal Expert Witness Disclosures shall be served no later than **March 5, 2019**.

4. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **May 6, 2019,** and noticed for hearing regularly under the Local Rules. All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions issued on December 27, 2017. (See Dkt. 12).

5. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **July 3, 2019**.

6. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **July 10, 2019**.

7. The final pretrial conference and hearing on motions in limine is scheduled for **July 26, at 10:00 a.m**.

8. The trial is scheduled to begin on **August 13, 2019, at 9:00 a.m**. On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-8083 FMO (PLAx)** | Date | **December 6, 2018** |
|---|---|---|---|
| Title | **Gerald Iacono v. International Business Machines Corporation, et al.** | | |

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |