Frank A. Magnanimo, Esq. - SBN 174570
frank@magdeanlaw.com
Lauren A. Dean, Esq. - SBN 174722
lauren@magdeanlaw.com
MAGNANIMO & DEAN, LLP
21031 Ventura Boulevard, Suite 803
Woodland Hills, California 91364
Telephone:  (818) 305-3450
Facsimile:   (818) 305-3451

Attorneys for Plaintiff
Gerald Iacono

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERALD IACONO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-08083-FMO-PLA<br><br>**EXHIBITS PREVIOUSLY FILED UNDER SEAL AND ORDERED UNSEALED [DOC. 104] IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DISCOVERY DEADLINES**<br><br>CASE FILED: 09/20/2017<br><br>DISCOVERY CUT OFF: 11/21/18<br>TRIAL DATE:            06/11/19 |

Plaintiff Gerald Iacono attaches the following exhibits in support of Plaintiff's Ex Parte Application to Continue Discovery Deadlines in compliance with Hon. Fernando M. Olguin's order dated December 12, 2018.

- Exhibit 1 (IBM 7249-7250) (redacted as per Dkt. 95, Declaration of Alison B. Marshall (Dkt 95, "Marshall Decl."), Exhibit A)
- Exhibit 2 (IBM 7558-7561)
- Exhibit 6 (IBM 7347)
- Exhibit 7 (IBM 7952-53) (redacted as per id., Exhibit B)
- Exhibit 8 (IBM 7348-7351) (redacted as per id., Exhibit C)

1
**Unsealed Exhibits in Support of Ex Parte Application**

- Exhibit 10 (IBM 7114-7112) (redacted as per id., Exhibit D)
- Exhibit 11 (IBM 7129)
- Exhibit 12 (IBM 7410-7414) (redacted as per id., Exhibit E)
- Exhibit 14 (IBM 7199-7201)
- Exhibit 18 (IBM 7459-7460) (redacted as per id., Exhibit F)
- Exhibit 19 (IBM 7446-7447)
- Exhibit 22 (IBM 7182-7184)
- Exhibit 23 (IBM 2701-2706) (redacted as per id., Exhibit G)
- Exhibit 24 (IBM 2535-2538) (redacted as per id., Exhibit H).

DATED: December 17, 2018         **MAGNANIMO & DEAN, LLP**

By:  /s/ *Lauren A. Dean*
LAUREN A. DEAN
Attorneys for Plaintiff, Gerald Iacono