1

1

EXHIBIT 1

█████████████████████████████████████████

██████ The NA teams have stepped up to make this shift happen and we currently have approval for 306 early professional sales hires, compared to 135 university hires in 2014. This is a tremendous accomplishment but now we must deliver on this commitment. To date, we've made offers to nearly 200 of the 306 planned hires.

To ensure successful assimilation and training of these early professional hires, we have created a new role in North America: "New Seller Regional Leader". The early professional hires will be aligned to these leaders in eight locations:

- New York
- Washington, DC
- Atlanta
- Detroit or Columbus
- Chicago
- Dallas
- San Francisco
- Markham

This role is responsible for developing a high performing community of early professional sellers in a designated location by leading developmental and community-building opportunities. This role is a leadership position that will integrate New Seller Journey activities by coaching new sellers on delivering an outstanding client experience. The role is responsible for managing approximately 30 - 40 early professional hires annually and will engage closely with the SLE and other local sales leaders to identify in-territory experiences for these new sellers.

This is a full time role, with the leader expected to be in place for 18-24 months. These leaders will be placed on RAAP and will report to Laura Smith, VP Tech Sales. Sellers who step up to work with our early professional hires will be considered for sales opportunities with increased responsibility at the end of the assignment, reflecting the importance to IBM of successfully developing these early professional hires.

We will be posting for these positions in the next week. Please send candidate names to Heather H Wills/Dallas/IBM.

We look forward to your help in making this new role a success and in seeing your suggestions on good candidates.

*Denise*

Denise Williams
Vice President, Human Resources S&D North America
IBM Corporation
REDACTED
#IBMHREmpower

CONFIDENTIAL

IBM 007249

*Laura*

Laura Smith
Vice President, Technical Sales North America
lsmith@us.ibm.com

Thank you,

Denise Williams
Vice President, Human Resources S&D North America
IBM Corporation
REDACTED
#IBMHREmpower

"If I am able to see further than others, it's because I've stood on the shoulders of giants"- Sir Isaac
Newton

Assistant: Linda Hartley
REDACTED

CONFIDENTIAL

2

2

EXHIBIT 2

# IBM: Employer Branding Oriented to Early Professionals

IBM has long enjoyed a reputation for the learning culture. At IBM's centennial anniversary in 2011, Sam Palmisano, then CEO of the company, linked the company's success with its leadership learning and development. It is the continuous concentration on and vast investment in learning and development that not only supports continuous prosperity and development at IBM, but also serves as one of the attractive and shining compositions of IBM employer branding.

In 2015, IBM first launched the Early Professional Hire program in Greater China Group while simultaneously running its campus hiring program in full swing. "The competition in the talent market will be increasingly severe and complicated," said IBM GCG Learning Lead Mary Tang to Harvard Business Review, "As we recognize such a trend, we believe that a more sustainable talent attraction strategy is oriented to the top target universities." In the prior several years, IBM had been focusing more on attracting experienced talent, while the recent change of focus to Early Professional hiring relates to the IBM's corporate strategy transformation. "The Early Professional Hire program is an elaborate all-around learning and development plan for young talent, based on our future strategy and requirements for talent."

In the modern Internet era filled with rapid changes and intensified competition, the young generation appears to be relatively better at entrepreneurship, thinking revolutionarily, using social media and discerning insights from data. What IBM expects from them is the creativity, the insight, and the entrepreneurial mindset. "We interviewed several business units and reached a consensus that we would be stuck in a fixed pattern of thinking if the company set a hidebound goal for the employees. However, newcomers to IBM will bring about many fresh ideas, which influence the entire team to reinvent and innovate more competitive business solutions."

In IBM, "wild ducks" are those who can challenge the status quo, "restlessly reinvent the company and themselves, and dare to create original ideas" while executing IBM strategy. IBM encourages Early Professionals to utilize their relative inexperience to be "wild ducks" to bring refreshing and enlivening influences to each business unit. On the other hand, in the organizational perspective, mixing experienced employees with less experienced ones together at reasonable ratios can better support the company's future strategy.

Indeed, Early Professionals can include both employees who are fresh out of university and those who are within the first few years of their career. Nevertheless, neither extensive campus hiring nor the distinctive training program for young talent can be identified as a brand new practice. What makes IBM firm in belief that the launch of the Early Professional Hire program will

CONFIDENTIAL

IBM 007558

establish more attractive employer branding among young talent? It owes, to a large extent, to the differentiation of three aspects. First of all, the 2-year Early Professional Journey is specifically designed in alignment with IBM's global strategy, aiming to fulfill business need and talent requirements from different business units. Secondly, the program embodies the culture of coaching and mentoring, a key element of the employer brand of IBM. Thirdly, the program, which seemingly serves only young talent, actually contributes to company branding among all IBM employees, thanks to the effective interaction and lasting influence that the program brings about.

### The training content of EPH program is specific while comprehensive

The Early Professional Hire program drives the development and growth of four key workforce groups: Client Management, such as sellers and consultants; Client Service; Technical; and Enablement, such as HR and Finance professionals. "In the initiation stage of the program, we thought about the kind of talent we expect to join, as well as how we can stimulate their engagement, and further motivate and retain them." Mary told us.

The Early Professional Hire program contains four phases through which the Early Professional progresses in their first two years at IBM. Taking the New Seller Journey as an example, Mary explicated the flow of the program.

**The journey begins with a Kickoff Event on the first day of the Early Professional Hire program.** The Kickoff Event is held in an impressive venue with comprehensive topics so as to create a "wow" moment for the newly onboard IBM employees. Many high-level business leaders join the event as speakers and share their leadership stories, illustrating IBM culture as well as their advice on navigating business units. On that evening, a Welcome Dinner provides the Early Professionals the opportunity to showcase their talents in front of the speakers and colleagues on the stage and in the spotlight. "The purpose of the Welcome Event is to assure the new IBM employees that it is definitely the right decision to join IBM!" Mary said.

**It then comes to three Learning Boot Camps to be accomplished in the first 12 months.** The Boot Camps fully cover core skill sets development, which, after a series of research and investigations, are indicated to be IBM's expectation of its employees. In particular, soft skills, (i.e., aspects of employee professionalism), seem to be beyond description for most companies, and therefore are expected to be self-studied by the employees. Yet IBM considers these skills fundamental as the premise of success in any position, and sets a specific learning module to address them. The module includes how to present a professional image early in the employee's career, how to build networks and relationships in business scenarios, how to communicate and negotiate effectively with clients, how to set up influence and personal brand, and so forth.

Business insights and consulting skills are set as another significant learning module – with IBM emphasizing that, beyond sales representatives and consultants, even those in enablement functions such as HR and Finance benefit from the learning. Moreover, Early Professionals at IBM have to be insightful, no

CONFIDENTIAL

matter their role. Even fresh graduates are encouraged to provide their own point of view.

**Two industry learning events are scheduled in the second 12 months of the journey.** For example, new sellers are selected to attend IBM Smarter Selling Academy (SSA), so as to integrate into the greater IBM sales community. Smarter Selling Academy is a three-day industry learning grand event, and also one of the best illustrations of the coaching and mentoring culture at IBM. Around 300 Sales Managers attend the Leadership Academy on the first day of the event to refresh their own sales and coaching skills, and to prepare themselves to coach during the forthcoming event and in real business environment going forward. In the next two days, more than 1300 sellers join the event. Under coaching from the experienced sales leaders, new sellers improve their capabilities by learning and practicing Smarter Selling methodology. Participating in such industry learning events, Early Professionals can communicate face-to-face with industry experts, have panel discussion with clients and listen for their demands, and learn from the sharing of gurus from across business unit about their stories, critical moments and milestones. They will also benefit from the exposure and networking while being motivated and inspired, which accelerates their personal growth universally.

**A Graduation Ceremony is held at the end of the journey.** After two years of learning, Early Professionals theoretically will have developed into established professional IBMers. Additionally, outstanding sellers will be recognized as Top Guns and travel to headquarters for further study. Top Guns are selected based on the overall performance in the past two years; for example, some Early Professionals may have been promoted already, some may have realized their creative thoughts as a "wild duck," some may have achieved recognition in virtue of their entrepreneurship. "We hope that young talents can influence the team by their totally different spirit. Top Guns should be leading the way," said Luo Fei, Project Executive of the GCG Early Professional Hire program. "They represent the hope, the direction, and the room for improvement." In addition, IBM advocates social learning by offering an advanced learning system with comprehensive learning resources, and even develops relevant mobile apps, so that employees can learn wherever they are and whenever they want.

## The core of learning culture is coaching and mentoring

The reflection of a coaching and mentoring culture is one of the specialties of the Early Professional Hire program. It is well known that IBM advocates coaching and mentorship as a key success factor in leadership development. Hence Early Professionals as well as their managers and even business leaders all play the role of coach in the program. Anyone new to IBM should be matched with a mentor upon joining IBM, and is likely to encounter many different mentors throughout their career.

Mentorship can be found in every phase of the program and in each learning module. Even in social learning, employees are encouraged to find "buddies" from other business units, to influence, inspire and learn from each other. They

CONFIDENTIAL

IBM 007560

can also find their own coach in different domains. "Given that coaching and mentoring connects all the learning content and interactions across business units and functions, learning in IBM will become more effective, and employees of IBM will become more advanced in skills and capabilities." Mary pointed out.

Above all, coaching and mentoring is never a top-down culture, wherein only senior employees can be coaches and mentors. More often than not, IBM encourages Early Professionals to be the "wild ducks" and influence their coaches reversely, especially in terms of vitality, creativity and entrepreneurship, to impose a broader impact on the team.

## IBM's employer branding is from inside-out

Speaking of the ideal employer brand of IBM, Mary explained: "Instead of merely relying on the company history, IBM aims at establishing an attractive and appealing employer brand among the groups of young talent. The message that IBM wants to convey is that we are a company full of passion and creativity, a company that treasures wild ducks." After all, the key to a company's employer branding is the culture. As a company dating back over 100 years, IBM takes "1-3-9," which stands for 1 purpose, 3 values and 9 practices, as a representation of company culture and brand value.

Although the Early Professional Hire program is basically a program to attract talent, it can be seen as a plan to establish the employer brand step by step and from inside-out. Firstly, graduation from the program doesn't indicate the end of the relationship between Early Professionals and the program. They are welcome to re-join from time to time as coaches, which once again represents the coaching and mentoring culture. Secondly, the learning content will be upgraded continuously in accordance with training needs. Any IBM employee who is interested in the learning content can sign up and meet new mentors and companions, which conveys a clear message to all employees that learning and development continues unendingly at IBM. Thirdly, as the market is never the same, keeping a constant contact with new employees can help the team better understand and recognize the change in business environment and people, resulting in the ongoing acquisition of new market intelligence and client information. Mary reminded us of what IBM CEO Ginni Rometty said:"Every generation of IBMers has the opportunity - and, I believe, the responsibility - to re-invent a new IBM."

For IBM, never has employer branding been a simply outward-facing construction. Primarily it should be inward-facing, delivering the value to IBM employees. Once the employees perceive and accept the value, they will pass it outwardly. "Only when a company's employer branding is from inside-out will it be real, powerful, and truly attractive." concluded Mary.

CONFIDENTIAL

IBM 007561

6

6

EXHIBIT  6

Dominic Agostino

10/19/2015 07:41 PM

To:        Regional HR Partners
cc:
Subject:   Fw: Placements of Summit Client Reps

Team, FYI.  If you believe that your managers would have seats for summit hires please engae with Heather directly.

Dominic

Dominic Agostino
IBM S&D BU HR Leader
Global Enterprise & Midmarket, Global Alliances, & Ops & Transformation
Armonk, New York
(O) REDACTED
(C) REDACTED
REDACTED
—— Forwarded by Dominic Agostino/Watson/IBM on 10/19/2015 03:41 PM ——

From:     Heather H Wills/Dallas/IBM
To:        Laura Coyne Hines/Cranford/IBM@IBMUS, Paige L Hillery/Somers/IBM@IBMUS, Michelle R
           Seeman/Philadelphia/IBM@IBMUS, Dominic Agostino/Watson/IBM@IBMUS, Kimberly
           Staud/Wayne/IBM@IBMUS, Jim Ryan/White Plains/IBM@IBMUS
Date:      10/19/2015 01:15 PM
Subject:   Placements of Summit Client Reps

HR Leaders - Hi! Our client rep trainees will complete the NA Summit program in January and April 2016. As you know, Summit is our training and development program for new IBM sellers. Several of these new sellers have not been assigned to territories and we are actively working to place them.

As you have attrition or transfers out on the Integrated Accounts or global teams, please encourage your leaders to consider these outstanding new sellers. The Summit Program enhances Global Sales School by adding a CAMSS Solution Workshop and Services Top Gun. Additionally, all sellers are assigned in-territory activities to apply their training in client-focused situations. We are also adding industry-specific content.

If you anticipate having a requirement, we can make them available for in territory experiences on an Integrated Account or in an industry.

I will schedule a call to discuss. Thanks!

Heather Wills
Director, NA Seller Skills Transformation
Office: REDACTED

CONFIDENTIAL

7

7

EXHIBIT 7



To:     Mario Vaz/Armonk/IBM@IBMUS, Patrick McConnell/San Diego/IBM@IBMUS, Tamra Runnels
        Briley/Phoenix/IBM@IBMUS, Karen L Smith/Somers/IBM
cc:     Donna Barbone/White Plains/IBM@IBMUS
Subject: Re: 2016 Expense/Headcount Affordability 📄
Importance: Normal

Team -- per Pat's request, asking my office to get us together on the attached. Will shoot for Monday for 30 mins unless you tell me otherwise. Donna subject: 2016 Expense

Mario, Pat would like you to join to ensure a clear understanding on the numbers and sources of expense to satisfy the challenge.

Thank you all in advance.

---

**Cindy Finnecy**
Vice President, Strategy
IBM Sales & Distribution, North America

Phone:  REDACTED
Fax:    REDACTED

email:  REDACTED

REDACTED
REDACTED
REDACTED







007953

8

8

.

EXHIBIT 8

.

From:    Tamra Runnels Briley on 10/27/2015 04:20 PM
To:      Karen L Smith/Somers/IBM@IBMUS
cc:
Subject: Re: Summit hires by location 
Importance:Normal

Let's start here...  What do you think?



Summit Listing_October 2015.xlsx


Proud to be an IBMer,
**Tamra D. (TAMRA) Briley**
HR Manager and Location Leader, AZ, NM, NV and So. Cal

| | Phone: 1-520-799-4002 | Tie-Line: 321-4002 | Mobile: 1-602-317-8196 |  |
| | E-mail: tamrab@us.ibm.com | |

9000 S Rita RD
Tucson, AZ 85744
United States

---

| Karen L Smith | Tamra, we need to start doing some structure... | 10/27/2015 06:45:26 AM |

From:    Karen L Smith/Somers/IBM
To:      Tamra Runnels Briley/Phoenix/IBM@IBMUS
Date:    10/27/2015 06:45 AM
Subject: Summit hires by location

---

Tamra, we need to start doing some structure modeling and in order to do that we need to know where the
Summit hires are located so that we can estimate which EBU they would be moving into.  We should
start with the 25 or so that Enterprise requested.  I understand there are 16 that have already committed
to Enterprise.  Not sure if there are some additional ones that are earmarked for Enterprise or not.  But I
need to do this modeling asap.

If you don't have the info, who would you suggest I work with on Laura Smith's team?

Thanks!

Karen L. Smith
Vice President, Strategy & Sales Transformation
Office: REDACTED
Mobile: REDACTED
REDACTED

CONFIDENTIAL

IBM 007348



CONFIDENTIAL



CONFIDENTIAL

IBM 007350



CONFIDENTIAL

10

10

EXHIBIT 10



IBM Summit Program

"Effectively Working with the Markets and Units"

IBM

IBM 007114



**INTRODUCTION**

## Summit Program:

- Key vehicle for identifying, hiring, and training Early Career Professionals
- Program for Early Career Professionals, Summer Interns, Experienced Professional Hires
- Need cooperation to ensure the proper education and assimilation of our Early Career Professionals

## Market Focal and Unit Focal:

- Critical role for ensuring a smooth integration of these new skills and achieving Skills Transformation

- **4 Key Responsibilities for Focals:**
    1. **Early Career Professionals: Timely matching with specific sales teams.**
    2. **Summer Intern Program: Active participation in program; feeder pool for full-time hires**
    3. **Hiring Process: Confirm manager involvement in process (e.g. Hiring Events)**
    4. **Summit Alumni: Help with career development and attrition.**

IBM 007115

## Market / Unit Focal: What is the Role?

1. **<u>Early Career Professional Full-Time Program:</u>**
   - Responsible for execution of the overall Summit Full-Time plan
     - ***<u>By 3/15 provide sales / tech sales and confirm location breakout.</u>***
   - Responsible for Landing Manager identification – due prior to start date.
   - **Responsible for Landing Manager assignment at end of program – ideally with original Landing Manager**
   - **Market Focals coordinate with Unit Focals to ensure that a plan is in place and executed**
     - **When there are issues with a placement, Market Focal is the escalation point.**
     - Consistent messaging with Summits -- you do have a job even if there is a reorg and manages change.
   - Understand who has the headcount to bring on a Summit hire; understand the timing of adding Summits

2. **<u>Summer Intern Plan:</u>**
   - Responsible for execution of Summit Intern hiring plan
   - Identify Host Managers when necessary.
   - Assist with issues; for example, completion of intern Work Plan.



IBM 007116

## Market / Unit Focal: What is the Role (Part 2)

3. **Recruiting and Hiring:**
   - Hiring Events:
     - Identify managers for Hiring Events.
     - If a manager cancels, the Focal will ensure there is a backup.
   - When an interview is needed in a particular city, help identify that manager to conduct an interview

4. **Summit Alumni:**
   - Escalation point for any issues with Summit alumni
   - Look at impact of RA selection process on Summits
   - Ensure Summit alumni placement as North America go through organization changes



IBM 007117

## Market / Unit Focal  Next Steps

### Process:

1. 30-Minute Kick-Off / Introduction call
   - What is the Role; Importance of Role
   - Review expectations
   - Introduce Process – quarterly calls; monthly reports
   - Summit provides starting point – numbers broken out by quarter and hub (use 1/3 for tech)
2. Summit Focals schedule Quarterly calls with Market / Unit Leader, Focal and HR Leader.
3. Regular Monthly Updates for Market or Unit Focal (more often if necessary)
   - Review current plans – upcoming starts; upcoming transfers.
   - Review upcoming Hiring activities – where assistance is needed.
   - Address any open placement or personnel issues.
   - Address intern and ExPro topics as appropriate.
4. **Market and Unit Focals confirm 2017 plan by March 15**
5. Key Requirements from Market and Unit Focals:
   - Identify Landing managers and Landing teams prior to first day start of the Summit hire
     - Assignments may change; however, critical that the Summit hire has a team assigned.
     - Responsible if team changes and a new 'home' is needed for the Summit hire.
   - Interns:  Ensure a good match for intern with team.
     - Provide assessment at conclusion of internship
     - Give hiring decision and identify who will join team the following year.
   - Hiring Assistance – identify manages to assist with Hiring process
   - Summit Alumni – Ensure Summit alumni placement as NA goes through organizational



IBM 007118

## Market / Unit Focal: Key Background Information

### Headcount vs. Expenses:

- Summit hires report to the Summit program during their 6 - 9 months of training.
- Units / Markets are charged on a quarterly basis for the Summit hires' expenses while they are in training.
- When the Summit hire moves to their "Landing Team," team assumes headcount and expenses at that time.

### Summit Transition Sales Plan:

- Sales Plan to assist with the integration of the Summit hire to their Landing Team,
- Plan used for a minimum of 6 months (could be 9 months if the transfer takes place beginning of Q2 or Q4).
- 100% Salary plan with MBO (Management By Objectives)
- Objectives can be revenue-focused or subjective
- Could pay up to 50% in bonuses.
- Great plan to bring on a Summit hire and find out the best team for them to join or to do cross account initiatives (Cognitive across Market).



IBM 007119



IBM 007120

## Market / Unit Focal: Key Contacts

| MARKET | MARKET LEADER | MARKET FOCAL | HR PARTNER | SUMMIT FOCAL |
|---|---|---|---|---|
| COMMS / CSI | Gary Lancaster | Heath Morgan | Joan Glue | TBD |
| Distribution | Sherry Lautenbach | Pete Legan | Tamra Briley | Wyman Winbush |
| Federal | Sam Gordy | Ray Spicer | Aneisa Simon | Wyman Winbush |
| FSS | Bob Hoey | Mike Hansen | Lisa Cobbs | Kirk Palmer |
| Industrial | Ed Allen | Paul Giani | Jayme Crow | Tony Williams |
| Public Sector | Ernie Fernandez | Laura Thies | Teresa Sims | TBD |
| GTS | Phil Guido | | | Rich Turner |

| BRANDS | BRAND LEADER | BRAND FOCAL | HR PARTNER | SUMMIT FOCAL |
|---|---|---|---|---|
| Industry Solutions & Business Dev | Steve LaFleche | | Julie McDougal | TBD |
| Analytics | Don Leeke | Theresa Kelso, Colleen Deskin | Jill Stewart | Kirk Palmer |
| Cognitive Engagement (Commerce) | Deb Surrette | Susan Ruffalo | Shane Lamuth | Diane Vail |
| Security | Kent Blossom | John Schieve | Penny Tizer | Lisa Behr |
| Social / Smarter Workforce | Richard Wenning | Kenneth Crum | Renee Cunningham | John Gilsenan |
| Internet of Things | Bart Lautenbach | Wendy Clarke | Julie McDougal | Marshall Barnes |
| Cloud | Dave Farrell | Scott Powell | Carol Berthold, Gray Foster | Rich Turner |
| Systems Software | Frank Luksic | Susan Deyo | Carol Berthold | MacDade (actg) |
| Systems Hardware | Evelyn Baily | Alison McFadden, Patricia Kaufman | Nancy Mandras | Bob Hess |
| Bsiness Partners | Neal Callahan (Actg) | Joanna Raitano | Renee Cunningham | Angelo Reid |
| IGF | Dan Ransdell | Darlene Enroth | Randy Livingston | MacDade (actg) |



IBM 007121



Market / Unit Focal - Glossary

## Glossary:

❑ **Market Focal:**
- **Person in the the Market responsible for:**
  - **Ensuring successful/timely placement of our Early Career Professionals**
  - **Responsible for Market's involvement in Hiring Process and Hiring Events**
  - **Intern involvement**

❑ **Unit Focal:**
- **Person in the Unit responsible for:**
  - **Ensuring successful/timely placement of our Early Career Professionals**
  - **Responsible for Market's involvement in Hiring Process and Hiring Events**
  - **Intern involvement**

❑ **Summit Focal:**
- **Person in the Summit Program responsible for:**

IBM 007122

11

11

EXHIBIT 11

 Jeff Anderson on 01/19/2016 11:46:05 PM

To:      Paul Giani/San Francisco/IBM@IBMUS
cc:      Llana Thomas/Los Angeles/IBM@IBMUS
Subject:  Fw: Summit hires

Hi Boss,

I have Rosalinda Mendoza in SEA and Claire Lambrecht that do not yet have a landing Manager assigned.  I already moved Jon over effective 1/1/.

J
—— Forwarded by Jeff Anderson/San Francisco/IBM on 01/19/2016 03:44 PM ——

From:     Karen L Smith/Somers/IBM
To:       Paul Giani/San Francisco/IBM@IBMUS
Cc:       Jeff Anderson/San Francisco/IBM@IBMUS
Date:     01/19/2016 03:06 PM
Subject:  Summit hires

Paul, heads up, you should be expecting to hear from Jeff Anderson regarding placing additional Summit hires into the territory.  You are authorized to take on 2 additional Summit hires bringing your total to 3 including Jon Manning. You will receive incremental HC for these 2 folks.

Let me know if you have any questions.

Karen L. Smith
Vice President, Strategy & Sales Transformation
Office: REDACTED
Mobile: REDACTED
REDACTED

CONFIDENTIAL

IBM 007129

12

12

EXHIBIT 12

 Judson Ficklen on 03/23/2016 07:45:40 PM

To: Heather H Wills/Dallas/IBM@IBMUS
cc: Darilyn Pietrangolare/Somers/IBM@IBMUS, Denise Williams/Armonk/IBM@IBMUS, Judy Kershow/Atlanta/IBM@IBMUS, Kimberly Jenkins/Chicago/IBM@IBMUS, Laura Smith/New York/IBM@IBMUS, Tamra Runnels Briley/Phoenix/IBM@IBMUS
Subject: Re: Materials for 4 pm ET call
Importance: Normal

Heather-
I will need to be done at 4:15- if we need additional time later, we can schedule more.

Thanks.


Best Regards,

Judd

_____

Judd Ficklen
General Manager, NA Enterprise & Commercial
IBM Corporation

cell 678 575-9180
e-mail: jficklen@us.ibm.com

Assistant: Judy Kershow REDACTED

| Heather H Wills | We will review the attached in our call on NA s... | 03/23/2016 01:00:26 PM |

From: Heather H Wills/Dallas/IBM
To: Denise Williams/Armonk/IBM@IBMUS, Judson Ficklen/Atlanta/IBM@IBMUS, Laura Smith/New York/IBM@IBMUS, Tamra Runnels Briley/Phoenix/IBM@IBMUS
Cc: Darilyn Pietrangolare/Somers/IBM@IBMUS, Judy Kershow/Atlanta/IBM@IBMUS, Kimberly Jenkins/Chicago/IBM@IBMUS
Date: 03/23/2016 01:00 PM
Subject: Materials for 4 pm ET call

We will review the attached in our call on NA sales early professional hiring and the Summit Program. I look forward to our discussion.

[attachment "NA EPH Seller Overview 3-23-16.pptx" deleted by Judson Ficklen/Atlanta/IBM]

_____

Heather Wills
Director, NA Seller Skills Transformation
Office: REDACTED

CONFIDENTIAL

IBM 007410



IBM 007411



IBM 007412



CONFIDENTIAL

IBM 007413



CONFIDENTIAL

IBM 007414

14

14

EXHIBIT 14

| From: | sleonard@us.ibm.com |
|---|---|
| Sent: | Wednesday, March 30, 2016 7:17 AM |
| To: | deborah_butters@us.ibm.com |
| Cc: | Judy Lyne/Markham/IBM@IBMCA |
| Subject: | *Confidential: Re: Fw: PT – Talent and Leadership Status for Stephen |

Judy, I really need the data......we're not creating headlines here, we're staring at facts....to inform us on what actions we should take....can't do that without the data....not sure why this is so hard?

Regards,

Stephen Leonard
General Manager, North America

From:   Deborah Butters/White Plains/IBM
To:     Stephen A Leonard/Somers/IBM@IBMUS
Cc:     Judy Lyne/Markham/IBM@IBMCA@IBMUS
Date:   03/29/2016 11:19 PM
Subject:Fw: PT – Talent and Leadership Status for Stephen

Stephen, what headlines are you trying to tell at the PT meeting under the Talent and Leadership section? In addition to the demographics Finance/Ops is suggesting we pull for you, we can look for trends but I want to be sure we are aligned on your key messages. I've cc'd Judy, so we can continue to work this, whilst I am out tomorrow. Thanks, Deb

      Deborah Butters      REDACTED
      Vice-President, People Strategy & Talent Mgmt, IBM      REDACTED
      Phone:      REDACTED      REDACTED
e-mail: REDACTED
Assistant:      Barbara Cody REDACTED

  Please tag me with "People_Strategy".
----- Forwarded by Deborah Butters/White Plains/IBM on 03/29/2016 11:09 PM -----

From:   Mike Semrau/Somers/IBM
To:     Deborah Butters/White Plains/IBM@Lotus
Cc:     Kathryn Moncur/Somers/IBM@IBMUS, Stephen A Leonard/Somers/IBM@IBMUS
Date:   03/29/2016 05:16 PM
Subject:Fw: PT – Talent and Leadership Status for Stephen

CONFIDENTIAL   1

Deb - i was told that we might get this data on thursday .. we need it today cob or early tomorrow given pt submission of stephens charts if early friday .. all we need is the factual data points .. we dont need a deck of charts nor messaging .. just the raw facts on

external hires .. how many over the last 3 years (total + break out by year), how many still with us how many left .. split into Non- Management, Non-Executive Management and Executives.
years of service .. average years of service of our people .. again split into Non- Management, Non-Executive Management and Executives.
summit hires / early career professionals .. how many over last 3 years (total + break out by year), how many still with us ..

thanks
mike


Mike Semrau
Vice President Operations, IBM North America

Mobile: REDACTED        , e-mail: REDACTED
PA: Laurie Cafaro, Phone: REDACTED      e-mail: REDACTED        This Note is classified - IBM Confidential - unless otherwise stated
----- Forwarded by Mike Semrau/Somers/IBM on 03/29/2016 11:10 PM -----

From:   Kathryn Moncur/Somers/IBM
To:       Judy Lyne/Markham/IBMCA
Cc:       Mike Semrau/Somers/IBM@IBMUS, Mario Vaz/Armonk/IBM@IBMUS, Deborah Butters/White Plains/IBM@Lotus
Date:     03/29/2016 04:58 PM
Subject:PT - Talent and Leadership Status for Stephen


Hi Judy,

The PT agenda was just published and they are taking a new approach. Stephen will have 30 mins to pitch an overall NA perspective followed by a breakout session to discuss and brainstorm actions to address performance deficiencies. Stephen would like to focus on three key areas:

-     Talent and leadership
-     Client engagement
-     Market driven (inward vs. outward focus)

We are seeking your support to fill in the demographics of our current sales population under the Talent and Leadership section over the last 3 years.
If possible we are looking for Total and Brand vs. Non-Brand.  As well, is it possible to break the information out further into Non- Management, Non-Executive Management and Executives.

Required Demographics:

-   Avg Years of Services
-   # External Hires - Professional vs. Campus
-   Band Mix - is it shifting through time

2

CONFIDENTIAL

IBM 007200

By CC to Mike, Please add anything thing that I might be missing.

Regards,

Kathryn Moncur
NA S&D Finance Consolidations Manager

3

IBM 007201

18

18

EXHIBIT 18

 Joan Glue on 05/03/2016 06:26:58 PM

To:     Pete Lagan/Chicago/IBM@IBMUS
cc:     Tamra Runnels Briley/Phoenix/IBM@IBMUS, Bill MacDade/Jacksonville/IBM@IBMUS
Subject:  Fw: Enterprise Summit Hires: Midwest and West

Hi Pete...re our ST exchange yesterday, below is a status of your Summit activity provided by Bill MacDade (thanks, Bill).  Please let any of us know if you have questions.

Thank you,
Joan
*******************************************************
Joan Gentilesco-Glué
IBM Corporation, Human Resources, Austin, TX
Location Leader/US Area HR Partner for S&D:  Midwest EBU, Comms, Industrial & Public Sector
REDACTED

—— Forwarded by Joan Glue/Somers/IBM on 05/03/2016 01:25 PM ——

From:     Bill MacDade/Jacksonville/IBM
To:       Joan Glue/Somers/IBM@IBMUS
Cc:       Heather H Wills/Dallas/IBM@IBMUS
Date:     05/02/2016 12:43 PM
Subject:  Enterprise Summit Hires:  Midwest and West

Hi Joan -- Here you go!  Thanks.

Midwest and West:

## PLACED S&D POSITIONS:

| # | Unit | Status | Xfer Date | Summit Hire | Account | Exec |
|---|------|--------|-----------|-------------|---------|------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

CONFIDENTIAL



**Bill MacDade**
Business Unit Executive
IBM Summit Program

**Phone:** REDACTED   **| Mobile:** REDACTED
**E-mail:** REDACTED
**IBM Summit Program:** REDACTED

REDACTED

CONFIDENTIAL

19

19

EXHIBIT 19

Bill Brooks          04/12/2016 05:30 PM

To:        Tamra Runnels Briley/Phoenix/IBM@IBMUS
cc:        Judson Ficklen/Atlanta/IBM@IBMUS
Subject:   Re: Summit Hire Question — Potomac Valley
Importance:Normal

Tamra, thank you for checking.  Not what we wanted, but understand the position.  Thanks.

Bill Brooks
  Vice President, Mid-Atlantic Region
  Tennessee Senior State Executive
  Nashville, TN   REDACTED REDACTED
  Assistant:  Sharon Waddell REDACTED

| Tamra Runnels Briley      Bill, I did just hear back from Heather Wills,...      04/12/2016 11:30:26 AM |
| --- |

From:      Tamra Runnels Briley/Phoenix/IBM
To:        Bill Brooks/Nashville/IBM@IBMUS
Cc:        Judson Ficklen/Atlanta/IBM@IBMUS
Date:      04/12/2016 11:30 AM
Subject:   Re: Summit Hire Question — Potomac Valley

Bill,
I did just hear back from Heather Wills, Director of the Summit program.... Unfortunately, there is not an opportunity to place these Summits back into the fold, with potential reallocation across the brands.  In fact, Heather just shared with me that she has already had to meet a challenge with double digit hires finding new homes, and unfortunately, just doesn't have additional opportunities for these already committed to Non brand.

I know this is not the answer you were hoping for, however, they need to be removed from our solutioning consideration at this time.  If we have performance issues with any of them that we can gauge and aggressively manage, let me know, but I suspect they're just new at this time, and we don't have an indication of their abilities/success at this point.  Anyone in job less than 6 months should not be actioned.

Proud to be an IBMer,
**Tamra D. (TAMRA) Briley**
HR Manager and Location Leader, AZ, NM, NV and So. Cal

 | Phone: 1-520-799-4002 | Tie-Line: 321-4002 | Mobile: 1-602-317-8196
E-mail: tamrab@us.ibm.com


9000 S Rita RD
Tucson, AZ 85744
United States

CONFIDENTIAL

IBM 007446

| Bill Brooks | Tamra, thank you for checking.  If we could cou... | 04/12/2016 03:58:22 AM |
|---|---|---|

From:      Bill Brooks/Nashville/IBM
To:        Tamra Runnels Briley/Phoenix/IBM@IBMUS
Cc:        Judson Ficklen/Atlanta/IBM@IBMUS
Date:      04/12/2016 03:58 AM
Subject:   Re: Summit Hire Question – Potomac Valley

Tamra, thank you for checking.  If we could count these "2" in our listing that would be great.  Have a great day.

Bill Brooks
 Vice President, Mid-Atlantic Region
 Tennessee Senior State Executive
 Nashville, TN  REDACTED REDACTED
 Assistant:  Sharon Waddell REDACTED

| Tamra Runnels Briley | Hi Bill - I will ask the question - not sure it w... | 04/11/2016 10:31:02 PM |
|---|---|---|

From:      Tamra Runnels Briley/Phoenix/IBM
To:        Bill Brooks/Nashville/IBM@IBMUS
Cc:        Judson Ficklen/Atlanta/IBM@IBMUS
Date:      04/11/2016 10:31 PM
Subject:   Re: Summit Hire Question – Potomac Valley

Hi Bill -
I will ask the question - not sure it will be a "go", but I will ask the team.  We have standing calls early in the morning and late afternoon to review these types of nuances.  Hold please, and I will let you know.


Proud to be an IBMer,
**Tamra D. (TAMRA) Briley**
HR Manager and Location Leader, AZ, NM, NV and So. Cal



| | Phone: 1-520-799-4002 | Tie-Line: 321-4002 | Mobile: 1-602-317-8198 | IBM |
| E-mail: tamrab@us.ibm.com | |
| | 9000 S Rita RD |
| | Tucson, AZ 85744 |
| | United States |

| Bill Brooks | Tamra, we have two Summit Hire individuals w... | 04/11/2016 08:19:16 PM |
|---|---|---|

From:      Bill Brooks/Nashville/IBM
To:        Tamra Runnels Briley/Phoenix/IBM@IBMUS
Cc:        Judson Ficklen/Atlanta/IBM@IBMUS
Date:      04/11/2016 08:19 PM

CONFIDENTIAL

IBM 007447

22

22

EXHIBIT 22

{00200934;1}



Angie Hatcher
09/27/2016 02:07 PM

To:        Paul Giani/San Francisco/IBM@IBMUS
cc:
Subject:   Re: Fwd: Req routing: Watson IoT - Continuous Engineering Sales Representative (64061BR)
Importance: Normal

yes, I believe it is ok for you to approve.

*Best Regards,*

*Angie Hatcher*
*Senior HR Partner*
REDACTED

*"People are just as happy as they make up their minds to be"  Abraham Lincoln*



| Paul Giani | From: Paul Giani/San Francisco/IBM To: Angie... | 09/27/2016 05:31:00 AM |

From:     Paul Giani/San Francisco/IBM
To:       Angie Hatcher/Atlanta/IBM@ibmus
Date:     09/27/2016 05:31 AM
Subject:  Fwd: Req routing: Watson IoT - Continuous Engineering Sales Representative (64061BR)

We need to establish a communication and ==plan to assign the various eph targets to each brand.==
All will want a range.
I was out yesterday sick and will be again today but need to approve the attached.
Should I? You ok with incremental??

Paul

Paul A. Giani
Vice President - US Industrial
Enterprise & Commercial

CONFIDENTIAL

IBM 007182

pgiani@us.ibm.com O: (415) 545-4512 M: (415) 305-0505

Assistant: Llana Thomas REDACTED          O: REDACTED

IBM Corporation 425 Market Street - 21st Floor San Francisco CA 94105

On Sep 26, 2016, 9:02:16 AM, lamarc@us.ibm.com wrote:

From: lamarc@us.ibm.com
To: ahatcher@us.ibm.com
Cc: pgiani@us.ibm.com
Date: Sep 26, 2016 9:02:16 AM
Subject: Re: Req routing: Watson IoT - Continuous Engineering Sales Representative (64061BR)

Hi :

I incremental is correct.

Paul: Does your question relate to the band levels on the requisition ? I usually open a req. with a range to enable me to hire the candidates that we may find that are either 3-5 year early professional or senior level sellers that I can get from a competitor like PTC. I hope this answers your questions.


Lamar Caldwell
IBM Software Group
REDACTED
REDACTED
Angie Hatcher---09/26/2016 09:42:48 AM---Lamar, did you verify with your team that incremental is the correct category for skills transformat

From: Angie Hatcher/Atlanta/IBM
To: Lamar S Caldwell/Raleigh/IBM@IBMUS
Cc: Paul Giani/San Francisco/IBM@IBMUS
Date: 09/26/2016 09:42 AM
Subject: Re: Req routing: Watson IoT - Continuous Engineering Sales Representative (64061BR)


Lamar, did you verify with your team that incremental is the correct category for skills transformation?


Best Regards,

Angie Hatcher
Senior HR Partner
REDACTED

CONFIDENTIAL

*"People are just as happy as they make up their minds to be"* Abraham Lincoln



IBMers Value — Dedication to every client's success.
Innovation that matters—for our company and for the world.
Trust and personal responsibility in all relationships.

Paul Giani—09/22/2016 03:09:57 PM—Lamar - My first one through the system. I am on a plane and will try to approve today. I see it say

From: Paul Giani/San Francisco/IBM
To: Lamar S Caldwell/Raleigh/IBM@IBMUS, Angie Hatcher/Atlanta/IBM@IBMUS
Date: 09/22/2016 03:09 PM
Subject: Re: Req routing: Watson IoT - Continuous Engineering Sales Representative (64061BR)

Lamar - My first one through the system. I am on a plane and will try to approve today. I see it says incremental.....Angie is this the category for a Sunrise backfill? Lamar - We have a target to bring Early professional hires with 3-5 years, <3 years. is there an opportunity to cascade an existing lower band up, give them a BIG raise then hire a band 8-9 EPH. BTW If someone was in industry then went back to school for an advanced degree and are reentering industry they should count for 3-5 or <3........Angie can you confirm? And can we approve this given the current exits on the dashboard?

CONFIDENTIAL

IBM 007184

23

23

EXHIBIT 23

# REDACTED

From:    Tamra Runnels Briley/Phoenix/IBM
To:      Paul Giani/San Francisco/IBM@IBMUS
Date:    04/19/2016 05:35 PM
Subject:    *IBM Confidential: Need your help - URGENT (Solitaire)

Hi -
I need to provide this to Legal - been texting you but you must be knee deep with customers?!  Can you help me get 2015 PBCs for these folks - NONE have them in the system.  Plus we need to assess against skills -
This is a worksheet for Iacono, Eppler, Carmon-Williams, and Sharron.  If you can't get this turned around quickly, just let me know - I'll need to chase others for the input.

Proud to be an IBMer,

## Tamra D. (TAMRA) Briley
HR Manager and Location Leader, AZ, NM, NV and So. Cal



Phone:1-520-799-4002 | Tie-Line:321-4002 | Mobile:1-602-317-8196
E-mail: tamrab@us.ibm.com

IBM®

9000 S Rita RD
Tucson, AZ 85744
United States

2

Listed below are guidelines for completing the Staff Reduction Worksheet - March 2016



CONFIDENTIAL

IBM 002702



CONFIDENTIAL

IBM 002703

CONFIDENTIAL

IBM 002704

IBM 002705

CONFIDENTIAL



| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**TOTAL IDENTIFIED =** | 4

CONFIDENTIAL

IBM 002706

24

24

EXHIBIT 24

{00200934;1}

From:      Paul Giani/San Francisco/IBM
To:        Tamra Runnels Briley/Phoenix/IBM@IBMUS
Cc:        Matthew T Marriott/Bethesda/IBM@IBMUS
Date:      04/19/2016 10:40 PM
Subject:   CONFIDENTIAL: Giani/Marriott Input

Tamra - Here is our input. Matt intends get with his managers to provide the missing appraisals since they are not countersigned yet. I was not the only one =) Also through the process I would like to swap Klora for Eppler based on the skills assessment and appraisals.

Matt feel free to add anything.

Thanks
Paul

1

IBM 002535



IBM 002536

IBM 002537

Listed below are guidelines for completing the Staff Reduction Worksheet - March 2016

CONFIDENTIAL

IBM 002538

CONFIDENTIAL

