1   James M. Jones, Esq. (admitted *pro hac vice*)
    jmjones@jonesday.com
2   Matthew W. Lampe, Esq. (admitted *pro hac vice*)
    mwlampe@jonesday.com
3   JONES DAY
    250 Vesey Street
4   New York, NY 10281
    Telephone : (212) 326-7838
5   Facsimile :  (212) 755-7306

6   Alison B. Marshall, Esq. (admitted *pro hac vice*)
    abmarshall@jonesday.com
7   JONES DAY
    51 Louisiana Avenue, N.W.
8   Washington, D.C. 20001
    Telephone : (202) 879-7611
9   Facsimile :  (202) 626-1700

10  Attorneys for Defendant INTERNATIONAL BUSINESS
    MACHINES CORPORATION

11                    UNITED STATES DISTRICT COURT

12          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14

15  GERALD IACONO, an individual,        CASE NO. 2:17-cv-08083-FMO-PLA

16                    Plaintiff,          **DECLARATION OF NICOLE M.
                                          SHAFFER IN SUPPORT OF
17        vs.                             DEFENDANT'S SUPPLEMENTAL
                                          MEMORANDUM IN OPPOSITION TO
18  INTERNATIONAL BUSINESS                PLAINTIFF'S MOTION TO COMPEL
    MACHINES CORPORATION, a New           THE DEPOSITION OF STEPHEN
19  York Corporation; and DOES 1-50,      LEONARD**
    inclusive,
20                                        CASE FILED:         09/20/2017
                      Defendant.          DISCOVERY CUT OFF: 01/22/19
21                                        PRETRIAL CONF.:     07/26/19
                                          TRIAL DATE:         08/13/19
22

23

24

25

26

27

28  Case No.: 2:17-cv-08083-FMO-PLA      1    DECLARATION OF NICOLE M. SHAFFER IN
                                              SUPPORT OF DEFENDANT'S SUPPLEMENTAL
                                              MEMORANDUM IN OPPOSITION TO
                                              PLAINTIFF'S MOTION TO COMPEL THE
                                              DEPOSITION OF STEPHEN LEONARD

1

2  Bren K. Thomas (SBN 156226)
   Bren.thomas@jacksonlewis.com
3  S. Sean Shahabi (SBN 204710)
   Sean.shahabi@jacksonlewis.com
4  Nicole M. Shaffer (SBN 244366)
   Nicole.shaffer@jacksonlewis.com
5  Momo E. Takahashi (SBN 238965)
   Momo.takahashi@jacksonlewis.com
6  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
7  Irvine, CA 92618
   Telephone:  (949) 885-1360
8  Facsimile:  (949) 885-1380

9  Attorneys for Defendant INTERNATIONAL BUSINESS
   MACHINES CORPORATION
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   _____
28  Case No.: 2:17-cv-08083-FMO-PLA        2    DECLARATION OF NICOLE M. SHAFFER IN
                                                SUPPORT OF DEFENDANT'S SUPPLEMENTAL
                                                MEMORANDUM IN OPPOSITION TO
                                                PLAINTIFF'S MOTION TO COMPEL THE
                                                DEPOSITION OF STEPHEN LEONARD

1      I, Nicole M. Shaffer, being duly sworn, declare and state as follows:

2      1.      I am one of the attorneys representing Defendant INTERNATIONAL

3  BUSINESS MACHINES CORPORATION ("IBM" or "Defendant") in this matter.  The

4  following is based on my personal knowledge.  This Declaration is made in support of

5  IBM's Supplemental Memorandum in Opposition to Plaintiff's Motion to Compel the

6  Deposition of Stephen Leonard.

7      2.      Plaintiff identified Mark Dallesandro as a potential deponent in this matter as

8  early as June 2018; at that time, the parties were discussing a stipulation to extend the

9  discovery cutoff to allow Plaintiff to depose Mr. Dallesandro and to conduct other

10 depositions, including a 30(b)(6) deposition.

11     3.      In mid-August 2018, the parties were discussing potential deposition dates for

12 Mr. Dallesandro.  By this time, Plaintiff had also noticed a 30(b)(6) deposition; thus, the

13 parties were also working to identify dates on which proposed designees could testify.  In

14 an email dated August 21, 2018, on which I was copied, my colleague, Momo Takahashi,

15 proposed September 5, 2018, to Lauren Dean, Plaintiff's counsel, as a date for Mr.

16 Dallesandro's deposition.  Additionally, Ms. Takahashi indicated that IBM intended to

17 designate Mr. Dallesandro as a 30(b)(6) designee with respect to at least one of Plaintiff's

18 corporate deposition topics.  With that in mind, Ms. Takahashi asked Ms. Dean to notify

19 IBM if she disagreed to holding Mr. Dallesandro's individual and 30(b)(6) depositions on

20 the same date.  Ms. Dean did not oppose.  Attached as Exhibit A is a true and correct copy

21 of the relevant portion of the referenced correspondence.

22     4.      On August 31, 2018, Plaintiff noticed the deposition of Mr. Dallesandro in his

23 individual capacity for September 5, 2018.

24     5.      However, shortly after serving notice, due to Ms. Dean's medical emergency

25 discussed in Dkt. 78, Plaintiff needed to reschedule various depositions, including Mr.

26 Dallesandro's.  On September 6, 2018, Ms. Dean requested that I provide a list of

27

28

1  outstanding depositions to address additional scheduling issues.  That same day, I replied

2  with a list of depositions that were still scheduled as well as depositions that had been

3  cancelled and would need to be rescheduled, including the cancelled deposition of Mr.

4  Dallesandro.  In this email, I indicated that Mr. Dallesandro had been identified for

5  deposition both "individually and PMK topics 12 and 13."  Ms. Dean did not disagree with

6  this characterization.  Attached as Exhibit B is a true and correct copy of the relevant

7  portion of the referenced correspondence.

8      6.    On September 14, 2018, Ms. Takahashi sent Ms. Dean an email regarding

9  Plaintiff's proposed motion to modify the scheduling order to accommodate the

10  rescheduling of previously cancelled depositions.  I was copied on this email.  Ms.

11  Takahashi listed in this email the outstanding depositions, including the deposition of

12  "Mark Dallesandro (individually and as a PMK)."  Again, Ms. Dean did not disagree with

13  this characterization.  Attached as Exhibit C is a true and correct copy of the referenced

14  correspondence.

15      7.    On September 17, 2018, I wrote Ms. Dean proposing various dates to schedule

16  outstanding individual and 30(b)(6) depositions.  Among the dates that I proposed were

17  dates for Mr. Dallesandro's deposition; I again indicated our understanding that the

18  deposition would be "individually and PMK topics 12 and 13."  Again, Ms. Dean did not

19  disagree with this characterization.  Attached as Exhibit D is a true and correct copy of the

20  relevant portion of the referenced correspondence.

21      8.    The parties eventually agreed on November 6, 2018 as the date for Mr.

22  Dallesandro's deposition.  At no point in between the cancellation of Mr. Dallesandro's

23  original September 5, 2018 deposition date and Plaintiff's Supplemental Memorandum in

24  Support of the Motion to Compel the Deposition of Stephen Leonard did Plaintiff's counsel

25  ever indicate that Mr. Dallesandro's deposition would not cover the individual capacity

26

27

28

deposition originally noticed by Plaintiff, nor did Plaintiff's counsel ever contest that it would count towards his deposition limit.

9.     During Mr. Dallesandro's deposition, Ms. Dean questioned him on various topics beyond the narrow scope of the two 30(b)(6) topics for which he was designated. Attached as Exhibit E is a true and correct copy of pages from Mr. Dallesandro's deposition.

I swear under penalty of perjury and the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Sworn to this 3rd day of January 2019, at Irvine, California.

_/s/ Nicole M. Shaffer_
Nicole M. Shaffer

Case No.: 2:17-cv-08083-FMO-PLA                5        DECLARATION OF NICOLE M. SHAFFER IN
                                                        SUPPORT OF DEFENDANT'S SUPPLEMENTAL
                                                        MEMORANDUM IN OPPOSITION TO
                                                        PLAINTIFF'S MOTION TO COMPEL THE
                                                        DEPOSITION OF STEPHEN LEONARD

# EXHIBIT A

I will hold September 7.  I can hold September 20, but only if it is local and no travel is involved.  If travel is involved, I may be able to hold the date depending on the travel distance.  Please advise.

With regard to September 5, I need to be available for the MTC hearing if it proceeds, and Frank is unavailable to travel to DC on September 4 because he has a deposition in another case.

---

**From:** "Momo E. Takahashi" <Momo.Takahashi@Jacksonlewis.com>
**Date:** Wednesday, August 22, 2018 at 5:03 PM
**To:** Lauren Dean <Lauren@MagDeanLaw.com>
**Cc:** "Thomas, Bren K. (Orange County)" <Bren.Thomas@Jacksonlewis.com>, "Nicole M. Shaffer" <Nicole.Shaffer@jacksonlewis.com>, "Frank A. Magnanimo" <Frank@MagDeanLaw.com>
**Subject:** RE: Iacono v. IBM

Hi Lauren,

Can you please tentatively hold September 7 and September 20 as PMK designee deposition dates?  We are still confirming these dates with our witnesses, but wanted to reach out in the meantime.  If these dates do not work, we're potentially looking at dates after the September 21 cut-off.   Please also let us know about my email below.  Thank you.

**Momo E. Takahashi**

Attorney at Law

**Jackson Lewis P.C.**

200 Spectrum Center Dr.
Suite 500

Irvine, CA 92618

Direct: (949) 885-5233 | Main: (949) 885-1360

Momo.Takahashi@Jacksonlewis.com  |  www.jacksonlewis.com

*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Ac Diversity and Inclusion initiative*

---

**From:** Takahashi, Momo E. (Orange County)
**Sent:** Tuesday, August 21, 2018 7:46 PM
**To:** Lauren Dean <Lauren@MagDeanLaw.com>
**Cc:** Thomas, Bren K. (Orange County) <Bren.Thomas@Jacksonlewis.com>; Shaffer, Nicole M. (Orange County) <Nicole.Shaffer@jacksonlewis.com>; Frank Magnanimo <Frank@MagDeanLaw.com>
**Subject:** RE: Iacono v. IBM

Hi Lauren,

Thank you for circling back and confirming.  Does September 5 work for Mark Dallesandro's deposition in the D.C. area?  We realize this is the date set for Plaintiff's Motion to Compel Request for Production, Set 3 and Interrogatories, Set 2, but the Court is likely to issue an order without a hearing, and this might be the only date available given other depositions and the discovery-cut off.

Also, we anticipate Mr. Dallesandro will be a witness for at least one of the noticed PMK topics, so we request that his individual deposition and PMK topic be addressed on the same date.  Please let us know if you disagree.

**Momo E. Takahashi**

Attorney at Law

**Jackson Lewis P.C.**

200 Spectrum Center Dr.
Suite 500

Irvine, CA 92618

Direct: (949) 885-5233 | Main: (949) 885-1360

Momo.Takahashi@Jacksonlewis.com  |  www.jacksonlewis.com

*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Ac*
*Diversity and Inclusion initiative*

---

**From:** Lauren Dean [mailto:Lauren@MagDeanLaw.com]
**Sent:** Tuesday, August 21, 2018 1:36 PM
**To:** Takahashi, Momo E. (Orange County)
<Momo.Takahashi@Jacksonlewis.com>
**Cc:** Thomas, Bren K. (Orange County)
<Bren.Thomas@Jacksonlewis.com>; Shaffer, Nicole M. (Orange County)
<Nicole.Shaffer@jacksonlewis.com>; Frank Magnanimo
<Frank@MagDeanLaw.com>
**Subject:** RE: Iacono v. IBM

September 21 does not work.  Confirmed for September 12, in Austin, Texas.

**Lauren A. Dean** | Partner
Magnanimo & Dean, LLP
<image005.jpg>21031 Ventura Boulevard, Suite 803  •  Woodland Hills, CA 91367
tel (818) 305-3450 • fax (818) 305-3451
Lauren@MagDeanLaw.com
website | map | email  <image006.gif><image007.gif><image008.gif>
The information contained in this message and any attachments is intended only for
the use of the individual or entity to which it is addressed, and may contain

7
8

# EXHIBIT B

| | |
|---|---|
| **From:** | Shaffer, Nicole M. (Orange County) <Nicole.Shaffer@jacksonlewis.com> |
| **Sent:** | Thursday, September 6, 2018 3:16 PM |
| **To:** | Lauren Dean |
| **Cc:** | Frank Magnanimo; Thomas, Bren K. (Orange County); Takahashi, Momo E. (Orange County); Post, Katie (Orange County) |
| **Subject:** | RE: Iacono v. IBM |

Hi Lauren – No problem.  Below is what we have in terms of outstanding and scheduled depositions.

Upcoming depositions:

- Matt Waldbusser (Texas):  September 12- individually and PMK topic 15

- Todd Orchard (JL OC office): September 18- PMK topic 9

- Joanna Daly (JL OC office): September 18: PMK topics 5 and 8

- Mario Vaz (JL OC office):  September 20 – PMK topics 3, 4, 16 and 19

Depositions that need to be rescheduled:

- Mark Dallesandro (Washington DC): individually and PMK topics 12 and 13
- Carolyn Austin (JL OC office): PMK topics 1, 2 (to the extent subsumed by 1) 6 and 10

**Nicole M. Shaffer**

Attorney at Law

**Jackson Lewis P.C.**

200 Spectrum Center Dr.
Suite 500
Irvine, CA 92618

Direct: (949) 885-1370 | Main: (949) 885-1360

Nicole.Shaffer@jacksonlewis.com  |  www.jacksonlewis.com

*Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative*

---

**From:** Lauren Dean [mailto:Lauren@MagDeanLaw.com]
**Sent:** Thursday, September 06, 2018 10:57 AM
**To:** Shaffer, Nicole M. (Orange County) <Nicole.Shaffer@jacksonlewis.com>
**Cc:** Frank Magnanimo <Frank@MagDeanLaw.com>; Thomas, Bren K. (Orange County) <Bren.Thomas@Jacksonlewis.com>; Takahashi, Momo E. (Orange County) <Momo.Takahashi@Jacksonlewis.com>; Post, Katie (Orange County) <Katie.Post@jacksonlewis.com>
**Subject:** Re: Iacono v. IBM

I am out of the office and Frank is taking me to the doctor. I have an appointment at noon. Maybe I will know better then. Can you please send me a list of the depositions? I am sorry, but I do not have my calendar.

# EXHIBIT C

| From: | Lauren Dean <Lauren@MagDeanLaw.com> |
|---|---|
| Sent: | Tuesday, September 18, 2018 5:59 PM |
| To: | Takahashi, Momo E. (Orange County) |
| Cc: | Shaffer, Nicole M. (Orange County); Thomas, Bren K. (Orange County); Frank Magnanimo |
| Subject: | RE: Iacono v. IBM |

Please confirm your position so I can advise the court.

As well, based on the proposed dates for the depositions, we will need to build in time for filing motions to compel if necessary.



**Lauren A. Dean** | Partner
Magnanimo & Dean, LLP
21031 Ventura Boulevard, Suite 803 • Woodland Hills, CA 91367
tel (818) 305-3450 • fax (818) 305-3451
Lauren@MagDeanLaw.com
**website** | **map** | **email** 

The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail.

---

**From:** Takahashi, Momo E. (Orange County)
**Sent:** Friday, September 14, 2018 5:02 PM
**To:** Lauren Dean
**Cc:** Shaffer, Nicole M. (Orange County) ; Thomas, Bren K. (Orange County) ; Frank Magnanimo
**Subject:** Iacono v. IBM

Hi Lauren,

Thank you for taking the time to speak with me today about your intent to go in *ex parte* to modify the scheduling order. As I mentioned, since the issue is being raised on Friday afternoon and our client is on the East Coast, we will not have a definitive answer today about whether IBM will oppose Plaintiff's *ex parte*, but hope to get back to you on Monday. However, to the extent Plaintiff is seeking to extend the discovery cut-off for the sole purpose of taking the following depositions that were taken off calendar related to your medical emergency, we do not anticipate any opposition:

- Mark Dallesandro (individually and as a PMK)
- Matt Waldbusser (individually and as a PMK)
- PMK depositions (so long as the parties now travel to the (3) out of state witnesses who had to cancel travel plans for their previously scheduled depositions. We understand these witnesses are located in Atlanta and New York and are confirming).

If Plaintiff is seeking to extend the fact discovery cut-off for more than just the discrete purpose of addressing the above depositions, we anticipate that IBM will oppose any such request (especially since fact discovery cut-off has been continued on more than one occasion).

We have tried our best to accommodate your scheduling needs and do not believe it is warranted to submit a unilateral *ex parte* request where we are agreeing to submit a joint stipulation to modify the scheduling order, but understand you have a different view.

Have a good weekend,

Momo

**Momo E. Takahashi**
Attorney at Law
**Jackson Lewis P.C.**
200 Spectrum Center Dr.
Suite 500
Irvine, CA 92618
Direct: (949) 885-5233 | Main: (949) 885-1360
Momo.Takahashi@Jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

# EXHIBIT D

**From:** Shaffer, Nicole M. (Orange County)
**Sent:** Tuesday, September 18, 2018 6:58 AM
**To:** Lauren Dean <Lauren@MagDeanLaw.com>
**Cc:** Takahashi, Momo E. (Orange County) <Momo.Takahashi@Jacksonlewis.com>; Thomas, Bren K. (Orange County) <Bren.Thomas@Jacksonlewis.com>; Frank Magnanimo <Frank@MagDeanLaw.com>
**Subject:** RE: Iacono v. IBM - Deposition schedule

Lauren – The two green highlighted dates have been confirmed with the witnesses. Also, please let us know if you would like to have the depositions are our JL offices in their locations. If you can please confirm and send the deposition notices asap, that would be appreciated so we can go ahead and get travel booked.

Thank you.

**Nicole M. Shaffer**

Attorney at Law

**Jackson Lewis P.C.**

200 Spectrum Center Dr.
Suite 500

Irvine, CA 92618

Direct: (949) 885-1370 | Main: (949) 885-1360

Nicole.Shaffer@jacksonlewis.com | www.jacksonlewis.com

*Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative*

**From:** Shaffer, Nicole M. (Orange County)
**Sent:** Monday, September 17, 2018 3:52 PM
**To:** Lauren Dean <Lauren@MagDeanLaw.com>
**Cc:** Takahashi, Momo E. (Orange County) <Momo.Takahashi@Jacksonlewis.com>; Thomas, Bren K. (Orange County) <Bren.Thomas@Jacksonlewis.com>; Frank Magnanimo <Frank@MagDeanLaw.com>
**Subject:** Iacono v. IBM - Deposition schedule
**Importance:** High

Lauren – I understand you and Momo discussed your available dates for the outstanding depositions, and of those dates, below are dates that work for us (I think 11/14 is the only date you did not provide). While we check with the witnesses, can you please hold the below dates, and also advise ASAP whether the NY depositions can take place on the same day, and confirm the below schedule works for you.

- Matt Waldbusser (Texas); individually and PMK topic 15 – September 28

- Todd Orchard (JL OC office); PMK topic 9 – October 10

- Joanna Daly (NY); PMK topics 5 and 8 – 10/24

- Mario Vaz (NY); PMK topics 3, 4, 16 and 19 – 10/24

- Mark Dallesandro (Washington DC); individually and PMK topics 12 and 13 – 10/25

- Carolyn Austin (Atlanta, Georgia): PMK topics 1, 2 (to the extent subsumed by 1) 6 and 10 – 11/14

Thank you,

Nicole


**Nicole M. Shaffer**

Attorney at Law

**Jackson Lewis P.C.**

200 Spectrum Center Dr.
Suite 500

Irvine, CA 92618

Direct: (949) 885-1370 | Main: (949) 885-1360

Nicole.Shaffer@jacksonlewis.com | www.jacksonlewis.com

*Jackson Lewis P.C. is honored to be recognized as the "Innovative Law Firm of the Year" by the International Legal Technology Association (ILTA) and is a proud member of the CEO Action for Diversity and Inclusion initiative*


Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

# EXHIBIT E

```
 1                  UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3    GERALD IACONO, an        )CASE NO: 2:17-cv-08083-FMO-PLA
                               )
 4    individual,             )
                               )
 5          Plaintiff,         )
                               )
 6    -vs-                     )
                               )
 7    INTERNATIONAL BUSINESS   )
                               )
 8    MACHINES CORPORATION, a  )
                               )
 9    New York corporation; and)
                               )
10    DOES 1-50, inclusive,    )
                               )
11          Defendants.        )
                               )
12    _____)

13                        CONFIDENTIAL

14        VIDEOTAPED DEPOSITION OF MARK DALESSANDRO

15                       Washington, DC

16                     November 6th, 2018

17                        11:00 a.m.

18

19

20

21

22    REPORTED BY:  ALEXANDRIA KAAN
```

1

```
 1          Deposition of MARK DALESSANDRO taken at the

 2   location of:

 3

 4

 5                    OLENDER REPORTING

 6                    1100 Connecticut Avenue Northwest

 7                    Suite No. 810

 8                    Washington, D.C.

 9

10

11      Before ALEXANDRIA KAAN, Notary Public in the District

12   of Columbia.

13

14

15

16

17

18

19

20

21

22
```

2

```
 1                          APPEARANCES

 2

 3              Appearing on Behalf of the Plaintiff:

 4              LAURA DEAN, ESQUIRE

 5              MAGNANIMO & DEAN, LLP

 6              21031 Ventura Boulevard

 7              Suite No. 803

 8              Woodland Hills, California  91364

 9              (818) 305-3450

10              Lauren@magdeanlaw.com

11

12              Appearing on Behalf of the Defendant:

13              NICOLE SHAFFER, ESQUIRE

14              JACKSON LEWIS

15              200 Spectrum Center Drive

16              Suite No. 500

17              Irvine, California  92618

18              (949) 885-1360

19              Nicole.shaffer@jacksonlewis.com

20

21

22
```

3

11:41:28  1    were sellers and -- inside sellers under me directly

11:41:32  2    with no management layer under me.

11:41:38  3        Q.  So that was the organization as it existed from

11:41:44  4    April of 2014 through January of 2016?

11:41:48  5        A.  Correct.

11:41:51  6        Q.  And did you receive a directive to build a layer

11:41:55  7    of management under you?

11:41:58  8        A.  That was the conversation I had with my up-line,

11:42:03  9    Cary Capece.

11:42:06  10       Q.  And the counterparts -- I think Ed Warner was a

11:42:13  11   counterpart?

11:42:13  12       A.  He was one of the managers under me.

11:42:16  13       Q.  And your peers in January of 2016, did they

11:42:20  14   receive the same directive?

11:42:22  15            MS. SHAFFER:  Objection to the extent it

11:42:24  16   lacks foundation.

11:42:25  17       A.  No.

11:42:25  18   BY MS. DEAN:

11:42:27  19       Q.  So who were your peers, your peer sales managers,

11:42:41  20   just prior to January of 2016?

11:42:44  21       A.  There was three:  There was one in Asia Pac;

11:42:48  22   there was one in Europe; and one that shared the US and

| | | |
|---|---|---|
| 11:42:52 | 1 | Canada with me. |
| 11:42:53 | 2 | Q.  And who was the individual who shared US and |
| 11:42:57 | 3 | Canada? |
| 11:42:57 | 4 | A.  I know him by "Kip", but it's Christopher |
| 11:43:01 | 5 | Schauer.  Kip Schauer. |
| 11:43:05 | 6 | Q.  So when did Mr. Schauer share US and Canada with |
| 11:43:14 | 7 | you? |
| 11:43:14 | 8 | A.  In my entire tenure at Aspera and IBM.  So from |
| 11:43:21 | 9 | my joining the company in July 2008 to when he left IBM |
| 11:43:28 | 10 | in April -- or I think it was March 31st, 2017 -- we |
| 11:43:34 | 11 | shared the North American territory. |
| 11:43:37 | 12 | Q.  So March 31st, 2017, is approximately when he |
| 11:43:40 | 13 | left? |
| 11:43:41 | 14 | A.  Correct. |
| 11:43:43 | 15 | Q.  And did someone replace him? |
| 11:43:46 | 16 | A.  No, I took over his responsibilities. |
| 11:43:51 | 17 | Q.  So until March of 2017, when you talk about |
| 11:44:00 | 18 | "sharing US and Canada", did Mr. Schauer also have |
| 11:44:04 | 19 | managers reporting to him? |
| 11:44:08 | 20 | A.  Not prior to January 2016, and I don't believe |
| 11:44:20 | 21 | after January 2016 either. |
| 11:44:26 | 22 | Q.  So when you were tasked with hiring a layer of |

24

11:52:41  1      Q.  How is it your understanding that a position

11:52:43  2  becomes open?

11:52:49  3      A.  A person requests that a position is opened.

11:52:59  4      Q.  Well, does backfill pertain to when a position

11:53:03  5  becomes vacant either through attrition or the

11:53:07  6  termination of an employee?

11:53:09  7      A.  That's my general understanding.

11:53:11  8      Q.  Then do you have an understanding of what

11:53:14  9  "incremental" means?  Like an incremental hire?

11:53:17 10      A.  I've heard the term; I do not understand it.

11:53:30 11      Q.  What was the reason that Mr. -- strike that.  Did

11:53:34 12  Mr. Capece explain to you the reason why he wanted to

11:53:38 13  hire additional sellers?

11:53:41 14      A.  He thought the LA business needed more attention.

11:53:52 15      Q.  Anything else?

11:53:55 16      A.  That's basically it.

11:53:59 17      Q.  When did you have these conversations with

11:54:02 18  Mr. Capece?

11:54:05 19      A.  It would have been in the first quarter of 2016.

11:54:09 20      Q.  Did you have those conversations with anyone else

11:54:11 21  other than Mr. Capece?

11:54:14 22      A.  I believe I spoke with Vicky Rudolph and perhaps

30

11:54:24   1    Alli Goldenberg about the mechanics of opening the

11:54:29   2    position.

11:54:34   3        Q.  I don't want to refer to just the mechanics, but

11:54:38   4    the concept of the business needing more attention in

11:54:41   5    LA, was anyone else other than you part of those

11:54:45   6    discussions with Mr. Capece?

11:54:46   7        A.  No.

11:54:47   8        Q.  And were those discussions limited to the first

11:54:50   9    quarter of 2016?

11:54:52   10       A.  I believe so.

11:54:55   11       Q.  And in what context did you have those

11:54:58   12   discussions?  By telephone?  By e-mail?

11:55:01   13       A.  Telephone.

11:55:04   14       Q.  Where is Mr. Capece located -- strike that.

11:55:10   15   Where was Mr. Capece located geographically in the first

11:55:14   16   quarter of 2016?

11:55:15   17       A.  I believe it was Las Vegas, Nevada.

11:55:19   18       Q.  Did that change?

11:55:20   19       A.  It did.

11:55:21   20       Q.  When did that change?

11:55:23   21       A.  He moves around a lot.  Today I believe he lives

11:55:28   22   in Austin, Texas.

12:42:13  1    correct statement?  It was a double negative there.

12:42:17  2                  WITNESS: I'm sorry.

12:42:18  3        A.  I have not seen it before reviewing.

12:42:25  4    BY MS. DEAN:

12:42:26  5        Q.  So do you have an understanding what it means

12:42:28  6    that a candidate is "short-listed for hiring manager

12:42:32  7    review"?

12:42:33  8        A.  Generally, yes.

12:42:35  9        Q.  And what's your understanding?

12:42:36  10       A.  That would be, as I described, the process we had

12:42:40  11   used previously where the HR partner would review

12:42:45  12   applicants and then prepare a list of applicants for

12:42:49  13   further review.  And that constituted, as I recall, the

12:42:53  14   short list.

12:42:55  15       Q.  So did you have an understanding of an applicant

12:43:03  16   being categorized as "not the most qualified candidate

12:43:08  17   for the position"?

12:43:08  18       A.  Can you restate that?  I'm searching for double

12:43:11  19   negatives.

12:43:13  20       Q.  So there's a statement that "a candidate is not

12:43:17  21   the most qualified candidate for the position".  Do you

12:43:21  22   have an understanding as a hiring manager of what that

57

MARK DALESSANDRO - CONFIDENTIAL          November 6, 2018

12:43:25  1    refers to?

12:43:26  2        A.   No.

12:43:37  3        Q.   What about a categorization of "failed basic

12:43:41  4    qualifications"?  Do you know what that refers to?

12:43:48  5        A.   No.

12:43:53  6        Q.   So if you'll look at IBM -- let's go to Exhibit

12:44:01  7    100 and if you look at page 11 of 19, which is also IBM

12:44:06  8    1185.

12:44:16  9        A.   Okay.

12:44:17 10        Q.   So if you look down, it says:  "Mr. Iacono was

12:44:21 11    short-listed for hiring manager review."  Do you see

12:44:24 12    that?

12:44:25 13        A.   I do.

12:44:25 14        Q.   So is it your understanding that Mr. Iacono was

12:44:29 15    short-listed for your consideration for the Aspera

12:44:32 16    inside sales representative position?

12:44:34 17             MS. SHAFFER:  Objection:  Lacks foundation.

12:44:36 18    Document speaks for itself.

12:44:38 19        A.   Yes.

12:44:38 20    BY MS. DEAN:

12:44:48 21        Q.   Between April and May of 2016, do you remember

12:44:54 22    interviewing any candidates?

58

MARK DALESSANDRO - CONFIDENTIAL                     November 6, 2018

| 12:44:56 | 1 | A.  I don't remember.  To the best of my |
|---|---|---|
| 12:45:00 | 2 | recollection, I didn't review any resumis or interview |
| 12:45:03 | 3 | any candidates. |
| 12:45:09 | 4 | Q.  I'm going to mark as Exhibit 142. |
| 12:45:13 | 5 | (Whereupon Exhibit No. 142 is marked for identification) |
| 12:45:16 | 6 | Q.  Document Bates numbered IBM 6445 to 6451.  Have |
| 12:45:58 | 7 | you seen Exhibit 142 before? |
| 12:46:02 | 8 | A.  Yes. |
| 12:46:02 | 9 | Q.  Is Exhibit 142 a document that you reviewed in |
| 12:46:05 | 10 | preparation for your deposition today? |
| 12:46:08 | 11 | A.  Yes. |
| 12:46:12 | 12 | Q.  And you see that Ms. Rudolph sent to you |
| 12:46:19 | 13 | candidates for the inside sales representative position; |
| 12:46:23 | 14 | Gerald Iacono's resumi, and Caelin Brooks-Ronan's |
| 12:46:30 | 15 | resumi, along with some interview notes.  Correct? |
| 12:46:34 | 16 | A.  Correct. |
| 12:46:35 | 17 | Q.  And what is your understanding, based on your |
| 12:46:39 | 18 | working relationship with Ms. Rudolph, as to why she |
| 12:46:42 | 19 | sent you these particular resumis? |
| 12:46:44 | 20 | MS. SHAFFER:  Objection to the extent it |
| 12:46:46 | 21 | lacks foundation and calls for speculation. |
| 12:46:48 | 22 | But you can answer. |

CENTEXT LEGAL SERVICES
855.CENTEXT